


UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, ET AL | : | DIV.NO. 3:03 CV1055 (AVC) |
| Plaintiff | : | |
| JASON ALTERIO, ET AL | : | |
| Defendants | : | August 11, 2003 |

### DEFENDANT, JASON ALTERIO's, MOTION FOR A PROTECTIVE ORDER OR IN THE ALTERNATIVE FOR AN IN CAMERA INSPECTION

Come now the defendant, Jason Alterio, by and through his undersigned counsel, and request this court to enter a protective order, or in the alternative, to conduct an in camera inspection of documents requested by the plaintiff. In support of his motion the defendant states the following:

1. On or about July 9, 2003 plaintiff filed her first set of Discovery requests.

2. On or about August 6, 2003 the defendant, Jason Alterio filed a motion for extension of time to answer said requests

3. On or about August 8, 2003 the defendant, Jason Alterio, filed objections to a vast majority of the requests sought.

4. Regarding request number one for production, the plaintiff requests all documents concerning [the hiring of Officer Alterio] as a Bridgeport police officer. Defendant Alterio objected to its production on the grounds of relevancy and materiality. This production request is overly broad, overly vague, unduly burdensome and can be obtained from some other source. This request is simply a request for a portion of the Defendant, Officer Alterio's, personnel file. The Defendant reiterates that any discovery of this information without a showing of specific relevancy and materiality would constitute an unwarranted intrusion into the personal life and job history of the defendant, Officer Alterio. It would serve no useful purpose to allow the plaintiff

October 20, 2003. Where being no objection, the motion is granted.

Alfred V. Covello, U.S.D.J.

SO ORDERED.

CANTOR, FLOMAN, GROSS, KELLY & SACRAMONE, P.C. - JURIS NO. 43415
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215 - HAMDEN (203)288-2132
www.cantorfloman.com