

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, ET AL | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1055 (AVC) |
| vs. | : | |
| JASON ALTERIO, ET AL | : | |
| Defendants | : | AUGUST 13, 2003 |

*(Margin annotation, left side):* There being no objection the motion is granted.    Alfred V. Covello, U.S.D.J.  October 20, 2003.  SO ORDERED.

## DEFENDANT CITY OF BRIDGEPORT'S MOTION FOR A PROTECTIVE ORDER

The Defendant, City of Bridgeport, respectfully requests that the Court enter a Protective Order regarding the testimony and/or disclosure by employees, representatives, supervisors or officials of the City of Bridgeport in regard to the deposition inquiries of the personnel file of the Defendants, Jason Alterio or Jorge Larreegui.

In particular, the Defendant requests that the Court enter an order that the representatives or employees of the City shall not be required or permitted to testify as to the personnel records concerning sick and/or injured leave of the individual police officers or the assessment of fitness for duty of the officers for duty as a police officer at any time after the date of the incident that is the subject of this legal action or any information they may have as to any "mental, emotional or psychological

BMF03061                                                 1