FILED

2003 SEP 17 A 11: 37

DISTRICT COURT
HARTFORD CT

UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES FONSECA, ET AL       :     DIV.NO. 3:03 CV1055 (AVC)

    Plaintiff                :

JASON ALTERIO, ET AL         :

    Defendants               :     September 15, 2003

### DEFENDANT, JASON ALTERIO'S, MOTION FOR A PROTECTIVE ORDER

Come now the defendant, Jason Alterio, by and through his undersigned counsel, and request this court to enter a protective order. In support of his motion the defendant states the following:

1. On or about June 13, 2003, the plaintiff filed this action.

2. On or about July 16, 2003, the plaintiff filed notices of deposition.

3. On or about July 23, 2003 Attorney Diane Benevides and John J. Kelly entered an appearance on behalf of the defendant, Officer Alterio.

4. On August 11 and 13, 2003 Motion for protective order was filed requesting that certain information not be disclosed in discovery and certain depositions.

5. On September 22, 2003 the deposition of Officer Jason Alterio is scheduled.

6. On September 24, 2003 the deposition of Officer Jorge Larregui is scheduled.

7. On September 25, 2003 the deposition of a representative from the City of Bridgeport is scheduled.

8. Defendant, Officer Alterio, objects to any information regarding his personnel file, his internal investigations file and/or medical or mental health information

October 20, 2003. There being no objection, the motion is granted.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

CANTOR, FLOMAN, GROSS, KELLY & SACRAMONE, P.C. - JURIS NO. 43415
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215 - HAMDEN (203)288-2132
www.cantorfloman.com