

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, ET AL | : | DIV. NO. 3:03 CV1055(AVC) |
| Plaintiff | : | |
| Vs. | : | |
| JASON ALTERIO, ET AL | : | |
| Defendants | : | FEBRUARY 25, 2004 |

## MOTION FOR EXTENSION OF TIME OF THE SCHEDULING ORDER

The Defendants, City of Bridgeport and Jorge Larrequi, respectfully request that the Court extend the Scheduling Order in this action to permit the discovery period to be extended until April 30, 2004, to complete the depositions in the action, and until May 14, 2004, for deposition notices.

In support of this motion, the parties state:

1. There have been numerous depositions in this action to date. The defendants began the depositions of the plaintiffs and some of the plaintiff's witnesses. The defendants were unable to complete the depositions of the plaintiffs, Rafael & Dolores Fonseca, although started additionally, the defendants have scheduled depositions of Rafael Fonseca and Dolores Fonseca, Annie Ortiz and

David Uliano on several occasions but they have been cancelled by the plaintiff's counsel because he was unable to attend.

2. The defendants have also attempted to contact and locate some of the plaintiff's witnesses and have had difficulty because plaintiff does not have current addresses.

3. Lastly, the defendants have requested to have access to the site of the arrest, which is plaintiff's home to take pictures and do measurements because of the plaintiff's lack of knowledge in her deposition testimony but have not had a date agreed upon by the plaintiffs.

Once the depositions are completed, the defendants believe that a dispositive motion may be appropriate, but needs to complete the depositions to make a determination.

4. The defendants have contacted all counsel and they have no objection and join in the Motion for Extension.

5. This is the First Request for an Extension of the Scheduling Order by the parties.

THE DEFENDANTS
Jorge Larrequi and City of Bridgeport


BY: _____
**Barbara Brazzel-Massaro**
Assistant City Attorney
**OFFICE OF THE CITY ATTORNEY**
999 Broad Street – 2nd Floor
Bridgeport, CT 06604
Telephone: 203-576-7647
Juris No. 06192


### CERTIFICATION

  This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 25th day of February, 2004, to:

**William Barnes, Esq.**
**1100 Kings Highway**
**Fairfield, CT 06824**

**John Kelly & Diane Benevides**
**Cantor, Floman, Gross, Kelly**
 **& Sacramone, P.C.**
**378 Boston Post Road**
**Orange, CT 06477**


_____
**Barbara Brazzel-Massaro**
Commissioner of the Superior Court


H:Misc.BBM.Fonseca.MotionExtTime