



FILED
2004 FEB -P |: 4
U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, ET AL | : | DIV. NO. 3:03 CV1055(AVC) |
| Plaintiff | : | |
| Vs. | : | |
| JASON ALTERIO, ET AL | : | |
| Defendants | : | FEBRUARY 25, 2004 |

## MOTION FOR EXTENSION OF TIME OF THE SCHEDULING ORDER

The Defendants, City of Bridgeport and Jorge Larrequi, respectfully request that the Court extend the Scheduling Order in this action to permit the discovery period to be extended until April 30, 2004, to complete the depositions in the action, and until May 14, 2004, for deposition notices.

In support of this motion, the parties state:

1. There have been numerous depositions in this action to date. The defendants began the depositions of the plaintiffs and some of the plaintiff's witnesses. The defendants were unable to complete the depositions of the plaintiffs, Rafael & Dolores Fonseca, although started additionally, the defendants have scheduled depositions of Rafael Fonseca and Dolores Fonseca, Annie Ortiz and

March 2, 2004.  GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 MAR -2
U.S. DISTRICT COURT
HARTFORD