FILED

2004 MAR 23 A 10: 57

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, a minor, ppa, | : | DOCKET NO. |
| | : | 03-CV-1055 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| JASON ALTERIO, a Bridgeport police officer, in his individual capacity; JORGE LARREGUI, a Bridgeport police officer, in his individual capacity; and the CITY OF BRIDGEPORT, a municipal corporation, | : : : | |
| Defendants. | : | |
| | : | MARCH 22, 2004 |

## MOTION FOR A PROTECTIVE ORDER

Pursuant to Fed.R.Civ.P. 26, the plaintiff Dolores Fonseca, et al, respectfully requests this court enter an order sustaining his objection to Notice of Deposition dated March 16, 2004 for Melanie Fonseca. In support thereof, plaintiffs represent:

1. A notice of deposition dated March 16, 2004 was received by counsel for the plaintiffs on March 18, 2004 purporting to notice the deposition of Melanie Fonseca for March 23, 2004 at 2:00 p.m.. This notice is not timely under the federal rules since it is less than one week before the deposition.

2. The plaintiff, Melanie Fonseca, is a seven year old that is emotionally and fragile after seeing her mother beaten in this traumatic incident.

3. Plaintiffs offered defendants' counsel an agreement in which they may take the deposition of plaintiff Melanie Fonseca in a controlled environment, such as a psychiatrist office. Defendants have not responded to plaintiffs offer which was sent today via facsimile.

Wherefore, the plaintiffs respectfully request that this court enter an order directing that the defendant not take the deposition of Melanie Fonseca except under controlled conditions.

THE PLAINTIFFS
DOLORES FONSECA, ET AL

*/s/ W. Barnes*

WILLIAM B. BARNES, ESQ.
(CT00268)
Rosenstein & Barnes
1100 Kings Hwy. East,
Fairfield, CT 06825
(203) 367-7922

2

**CERTIFICATION**

    A copy of the foregoing was mailed first class mail, postage prepaid, on March 22, 2004 to:

Barbara Brazzel-Massaro, Esq.  
Associate City Attorney  
Office of the City Attorney  
Bridgeport City Hall Annex  
999 Broad St.  
Bridgeport, CT 06604

Diane Benevides, Esq.  
Cantor, Floman, Gorss, Kelly,  
    Amendola & Sacramone  
378 Boston Post Road  
Orange CT 06477

*/s/ WBarnes/*  
WILLIAM B. BARNES, ESQ.