UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES FONSECA, ET AL           :        DIV.NO. 3:03 CV1055 (AVC)

       Plaintiff                                  :

JASON ALTERIO, ET AL              :

       Defendants                            :        April 1, 2004

### DEFENDANT, JASON ALTERIOS' MOTION FOR SANCTIONS

Pursuant to Rule 37(b)(2) and 37 (d) of the Federal Rules of Civil Procedure, Defendant Jason Alterio moves for sanctions against the Plaintiffs for failing to attend depositions and canceling depositions in a non-timely manner. The depositions of Delores Fonseca and Ralph Fonseca were scheduled at the City Attorney's office in Bridgeport for December 29, 2003 at 10:00 a.m. and 2:00 p.m. respectively by the Defendants, Jorge Larrequi and City of Bridgeport, through counsel.  Counsel for the Defendant, Jason Alterio drove from New Jersey to attend these depositions. Approximately, ten minutes before the deposition was to commence, counsel for the Plaintiffs' telephoned the City Attorney's Office and indicated that neither he nor his clients would be attending the deposition.  Plaintiff's counsel did not file any motions with the court regarding the depositions.  The Plaintiffs have repeatedly canceled depositions on extremely short notice even after the incident described in this motion.

1

Therefore, Defendant, Jason Alterio hereby requests that the Court impose the following sanctions:

(1) order the Plaintiffs to pay the Defendant, Jason Alterio, reasonable expenses, including attorneys fees for this motion and time spent traveling to the deposition; and

(2) order any other sanction that the Court believes is warranted.

An affidavit accompanies this motion.

DEFENDANT, Jason Alterio

BY_____
DIANE BENEVIDES, ESQUIRE
Federal Bar No. CT 20617
Cantor Floman Gross Sacramone & Daly P.C.

378 Boston Post Road, P.O. Drawer 966
Orange, CT 06477-0966
(203) 795-1211

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing DEFENDANT'S MOTION FOR SANCTIONS AND AFFIDAVIT was mailed on _____ day of ~~March~~ April, 2004 to:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
P.O. Box 687
Fairfield, Connecticut 06432-5466

Barbara Brazzel-Massaro, Esq.
Associate City Attorney
City Attorney's Office
999 Broad Street
Bridgeport, CT 06604

_____
DIANE BENEVIDES

3

UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES FONSECA, ET AL        :        DIV.NO. 3:03 CV1055 (AVC)

    Plaintiff                                  :

JASON ALTERIO, ET AL               :

    Defendants                          :        April 1, 2004

### AFFIDAVIT OF JOHN J. KELLY

I, John J. Kelly, being duly sworn, do hereby state as follows:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. All of the statements in this affidavit are based on my personal knowledge unless otherwise noted.

3. I am one of the counsels of record for the Defendant, Jason Alterio, in this case.

4. On December 29, 2003 at approximately 8:00a.m. I drove from my home in New Jersey to Bridgeport, CT to attend a deposition that was duly noticed by the City Attorney in this matter on behalf of the Defendants, Jorge Larrequi and the City of Bridgeport for 10:00 a.m. for Delores Fonseca and 2:00 p.m. for Ralph Fonseca. I arrived at the City Attorney's office at approximately 9:45 a.m.

5. At approximately 9:50 a.m., Plaintiffs' counsel telephoned the City Attorney to inform her that neither he nor his clients would be attending

4

the deposition. I was present when the plaintiffs' counsel telephoned, spoke to him and informed him and had just arrived from New Jersey.

6. When I later arrived at my office there was a facsimile that was faxed at 10:00 a.m. indicating that the depositions for that day would not be going forward.

7. Counsel for the Plaintiff did not offer any excuse as to why the depositions had not been canceled earlier to avoid inconveniencing counsel.

8. To draft and file the motion for sanctions, my office has expended 4.5 hours. My travel time is approximately one and half-hours and my preparation time for the deposition was four hours. My hourly billing rate is $175.00.

I have read the foregoing eight (8) paragraphs and affirm that they are true and correct to the best of my knowledge.

_____
John J. Kelly

Subscribed and sworn to before me this ___1st___ day of April 2004.

_____
Notary Public
Commissioner of the Superior Court

5

# FAX TRANSMISSION SHEET

**ROSENSTEIN & BARNES**
1100 Kings Hwy. East
P.O. Box 687, Fairfield, CT 06430
Tel: (203) 367-7922
Fax: (203) 367-8110

**WILLIAM B. BARNES**
wbarnes@rosenbar.com
**SHEILA K. ROSENSTEIN**
srosenstein@rosenbar.com

Web site: rosenbar.com

To: _Att Diane Benevides_  Fax No: _203-795-1215_  Date: _12/29/03_
From: _Atty William Barnes_  Operator:

Document sent: [X] This Sheet Only
[ ] This Sheet &

R&B Client: _____  R&B File No: _____  Hard Copy to Follow: Y/N
Matter: _Fonesece_  No. Pgs. (incl. cover) _____

Message:

The Deposition scheduled for today is not going forward.

This message is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt by law from disclosure. If the recipient of this message, with attachments, if any, is not the intended recipient, or the employee or agent responsible for delivering the same, please be advised that the dissemination or copying of this communication is strictly prohibited. If you have received this material in error, please call us and return it to us by U.S. Mail. Transmitting by Canon Laser Class 8500 fax machine. Please call (203) 367-7922 if all pages are not received or if retransmission is desired.