FILED

2004 MAR 23  A 10: 57

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

DOLORES FONSECA, RAFAEL          :     DOCKET NO.
FONSECA and MELANIE
FONSECA, a minor, ppa,           :     03-CV-1055 (AVC)

    *Plaintiffs,*             :

v.                               :

JASON ALTERIO, a Bridgeport police    :
officer, in his individual capacity;
JORGE LARREGUI, a Bridgeport police   :
officer, in his individual capacity;
and the CITY OF BRIDGEPORT, a         :
municipal corporation,

    *Defendants.*             :     MARCH 22, 2004

## MOTION FOR A PROTECTIVE ORDER

Pursuant to Fed.R.Civ.P. 26, the plaintiff Dolores Fonseca,
et al, respectfully requests this court enter an order sustaining
his objection to Notice of Deposition dated March 16, 2004 for
Melanie Fonseca.  In support thereof, plaintiffs represent:

1.    A notice of deposition dated March 16, 2004 was
received by counsel for the plaintiffs on March 18, 2004
purporting to notice the deposition of Melanie Fonseca for March
23, 2004 at 2:00 p.m..  This notice is not timely under the
federal rules since it is less than one week before the
deposition.

*[Handwritten annotation in left margin, rotated:]*
May 14, 2004. The motion for a protective order is denied on grounds that the plaintiff has failed to cite any authority for the relief requested. The court shall, however, authorize the plaintiff to invite a psychiatrist to attend the deposition so long as the psychiatrist is disclosed as an expert in this matter.
SO ORDERED.
Alfred V. Covello
FILED 2004 MAY 14 P 3:46
U.S. DISTRICT COURT
HARTFORD, CT.