UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES FONSECA, ET AL : DIV.NO. 3:03 CV1055 (AVC)

Plaintiff :

JASON ALTERIO, ET AL :

Defendants : April 1, 2004

**DEFENDANT, JASON ALTERIOS' MOTION FOR SANCTIONS**

Pursuant to Rule 37(b)(2) and 37(d) of the Federal Rules of Civil Procedure, Defendant Jason Alterio moves for sanctions against the Plaintiffs for failing to attend depositions and canceling depositions in a non-timely manner. The depositions of Delores Fonseca and Ralph Fonseca were scheduled at the City Attorney's office in Bridgeport for December 29, 2003 at 10:00 a.m. and 2:00 p.m. respectively by the Defendants, Jorge Larrequi and City of Bridgeport, through counsel. Counsel for the Defendant, Jason Alterio drove from New Jersey to attend these depositions. Approximately, ten minutes before the deposition was to commence, counsel for the Plaintiffs' telephoned the City Attorney's Office and indicated that neither he nor his clients would be attending the deposition. Plaintiff's counsel did not file any motions with the court regarding the depositions. The Plaintiffs have repeatedly canceled depositions on extremely short notice even after the incident described in this motion.

1

CANTOR, FLOMAN, GROSS, SACRAMONE & DALY, P.C.- JURIS 43415
378 BOSTON POST ROAD – P.O. DRAWER 966 – ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 – FAX (203)795-1215 - HAMDEN (203)288-2132
www.cantorfloman.com

[Handwritten margin note, left side:] May 14, 2004. There being no objection, the motion is granted. Counsel shall file and serve an affidavit of costs on or before May 28, 2004. Any objection shall be filed on or before June 15, 2004. SO ORDERED.

Alfred V. Covello, U.S.D.J.

[Stamp:] FILED 2004 MAY 14 P 3:46 U.S. DISTRICT COURT HARTFORD CT.

[Stamp:] FILED 2004 APR -1 U.S. DISTRICT COURT HARTFORD, CT.