UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DOLORES FONSECA, RAFAEL
FONSECA and MELANIE
FONSECA, minor, ppa

         V.                   CASE NO. 3:03CV01055(AVC)

JASON ALTERIO, JORGE LARREGUI
and CITY OF BRIDGEPORT

O R D E R

The plaintiff having failed to comply with the Court's Pretrial Order of June 15, 2004 requiring the filing of the trial memorandum on or before July 15, 2004, it is hereby ordered pursuant to Federal Rule of Civil Procedure 41(a) and Local Rule 41, that the plaintiff file and serve on or before August 17, 2004, a status report showing why this action should not be dismissed for failure to prosecute.

SO ORDERED.

Dated at Hartford, Connecticut, this ___ day of August, 2004.

                                        /s/ AVC
                                        Alfred V. Covello
                                        United States District Judge