# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Dolores Fonseca, Rafael Fonseca
and Melanie Fonseca, minor, ppa

    v.

Jason Alterio, Jorge Larregui
and City of Bridgeport

**APPEARANCE**

CASE NUMBER: 3:03CV01055(AVC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: The Plaintiff

*FILED 2004 AUG -5 A 10:55 U.S. DISTRICT COURT HARTFORD CT*

August 4, 2004
**Date**

*[Signature]*
**Signature**

CT07091
**Connecticut Federal Bar Number**

Sheila K. Rosenstein
**Print Clearly or Type Name**

203-367-7922
**Telephone Number**

1100 Kings Highway East
**Address**

203-367-8110
**Fax Number**

Fairfield, CT 06824

srosenstein@rosenbar.com
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Barbara Brazzel-Massaro, Esq.
Associate City Attorney
Office of the City Attorney
Bridgeport City Hall Annex
999 Broad St.
Bridgeport, CT 06604

Diane Benevides, Esq.
Cantor, Floman, Gorss, Kelly,
   Amendola & Sacramone
378 Boston Post Road
Orange, CT 06477

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24