UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, a minor, ppa, | : : | DOCKET NO. 03-CV-1055 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| JASON ALTERIO, a Bridgeport police officer, in his individual capacity; JORGE LARREGUI, a Bridgeport police officer, in his individual capacity; and the CITY OF BRIDGEPORT, a municipal corporation, | : : : : | FILED 2004 AUG -5 A 10:55 |
| Defendants. | : : | AUGUST 4, 2004 |

**AFFIDAVIT**

Now Comes SHEILA K. ROSENSTEIN, who having first been duly sworn, does hereby depose and say:

1.  I am over the age of eighteen years and understand the obligation of an oath. I make this affidavit of my own personal knowledge.

2.  On July 28, 2004 Attorney William Barnes was hospitalized for a serious medical emergency.

3.  Attorney Barnes has been ordered by his physician that he is not allowed to do any work.

4. On August 4, 2004 I received or Order from the court requesting a status report.

5. I am requesting an extension of time to respond to the court order until Attorney Barnes returns to the office.

6. I will keep the court and opposing counsel's apprised of Attorney Barnes condition.

                                                SHEILA K. ROSENSTEIN, ESQ.

STATE OF CONNECTICUT   )
                       )    SS: TOWN OF FAIRFIELD
COUNTY OF FAIRFIELD    )

Personally appeared SHEILA K. ROSENSTEIN, known or satisfactorily proven, and subscribed and swore to the truth of the foregoing as her free act and deed for the purposes therein contained.

_____
DIANE E. LALLY

Notary Public
My commission expires: 12\3\08

## CERTIFICATION

A copy of the foregoing was electronically delivered via fax, on August 4, 2004 to:

Barbara Brazzel-Massaro, Esq.          Diane Benevides, Esq.
Associate City Attorney                Cantor, Floman, Gorss, Kelly,
Office of the City Attorney               Amendola & Sacramone
Bridgeport City Hall Annex             378 Boston Post Road
999 Broad St.                          Orange CT 06477
Bridgeport, CT 06604                   (203) 795-12-15
(203) 576-8252

_____
SHEILA K. ROSENSTEIN, ESQ.