

UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, ET AL | : | DIV.NO. 3:03 CV1055 (AVC) |
| Plaintiff | : | |
| JASON ALTERIO, ET AL | : | |
| Defendants | : | November 3, 2004 |

### DEFENDANT, JASON ALTERIO MOTION FOR PROTECTIVE ORDER AND OBJECTION TO VIDEO DEPOSITION OF RALPH FONSECA GOING FORWARD

The Defendant, Jason Alterio hereby objects to and request the court issue a protective order preventing the Plaintiffs from conducting the video tape deposition of Ralph Fonseca on November 3 at 6:00 p.m. Counsel for Defendant Alterio was faxed the notice of deposition dated November 2, 2004 at 1:01 p.m. and did not become aware of it until approximately 1:45 p.m. Federal Rules of Civil Procedure 30 (b) (1) states that a party desiring to take the deposition of any person shall give reasonable notice in writing to every other person to the action. Twenty-nine hours does not constitute reasonable notice within the meaning of the rule. Furthermore, it is counsel's understanding that the deposition may be used in lieu of trial testimony in this matter making it even more important that counsel adequately prepare for the deposition. The timing of the notice of deposition does not give counsel adequate time to prepare.

CANTOR, FLOMAN, GROSS, SACRAMONE & DALY, P.C. - JURIS NO. 43415
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215 - HAMDEN (203)288-2132
www.cantorfloman.com

WHEREFORE counsel requests that the court grant a motion for protective order in this action and prevent the deposition from going forward and/or assign a time in the future for the deposition to go forward allowing sufficient time for the Defendant to prepare.

THE DEFENDANT
JASON ALTERIO

BY: _____
DIANE BENEVIDES, ESQ.
Ct 20617
Cantor Floman Gross
Sacramone & Daly, P.C.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477
(203) 795-1211

FILED

2004 NOV -3 A 10: 19

U.S. DISTRICT COURT
HARTFORD, CT.

UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, ET AL | : | DIV.NO. 3:03 CV1055 (AVC) |
| Plaintiff | : | |
| JASON ALTERIO, ET AL | : | |
| Defendants | : | November 3, 2004 |

### AFFIDAVIT OF DIANE BENEVIDES

I, Diane Benevides, being duly sworn, do hereby state as follows:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. All of the statements in this affidavit are based on my personal knowledge unless otherwise noted.

3. Plaintiffs filed a Notice of Deposition on November 2, 2004 at approximately 1:01 p.m. for a video deposition of the Plaintiff, Ralph Fonseca to be conducted on November 3, 2004 at 6:00 p.m.

4. Counsel for Defendant Alterio became aware of the notice at approximately 1:45 p.m.

Affidavit of Attorney Benevides
page 2 of 3

5. Counsel for Defendant Alterio has in good faith conferred with Plaintiffs' counsel in an effort to discuss the inadequacy of the notice and resolve the dispute without court action.

6. Unfortunately no resolution was reached.

7. In fact, Plaintiffs counsel indicated that he would still go forward with the deposition with or with out counsel present and whether or not a protective order was pending.

8. For all intensive purposes this action has been stayed since a filing of an affidavit by, Attorney Shelia Rosenstein, on August 4, 2004 indicating that Attorney William Barnes, counsel in this matter, had been hospitalized for a serious medical emergency on July 28, 2004 and was ordered not to work and that she would keep the court and opposing counsel apprised of Attorney Barnes condition.

9. Counsel for Defendant Alterio has not received any updates from plaintiffs' counsel since that affidavit.

10. It was a shock to receive a request that a deposition be held on such short notice when the matter had been stayed pending counsels medical condition and counsel had not received an update that counsel was now ready to proceed.

Affidavit of Attorney Benevides

page 3 of 3

11. It is unfair and unjust to allow the deposition of the plaintiff to go forward without given counsel adequate time to prepare.

I have read the foregoing eleven (11) paragraphs and affirm that they are true and correct to the best of my knowledge.

_____
DIANE BENEVIDES

Subscribed and sworn to before me this 2nd day of November 2004.

_____
Notary Public
Commissioner of the Superior Court

JOAN McCARSON
NOTARY PUBLIC
My Commission Expires Nov. 30, 2006

JOAN McCARSON
NOTARY PUBLIC
My Commission Expires Nov. 30, 2006

## CERTIFICATION

This is to certify that a copy of the foregoing has been electronically delivered via fax and mailed, postage prepaid, on this __2nd__ day of November 2004, to:

William B. Barnes, Esq.
Rosenstein & Barnes East
1100 Kings Highway
Fairfield, CT 06432

Barbara Brazzel-Massaro, Esq.
Associate City Attorney
City Attorney's Office
999 Broad Street
Bridgeport, CT 06604

_____
DIANE BENEVIDES, ESQ.