*November 3, 2004. Granted as indicated at telephonic conference with counsel this day. SO ORDERED.*

*Alfred V. Covello, U.S.D.J.*

FILED

# UNTIED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

2004 NOV -3 A 10:19

| | | |
|---|---|---|
| DOLORES FONSECA, ET AL | : | DIV.NO. 3:03 CV 1055 (AVC) |
| Plaintiff | : | HARTFORD, CT. |
| JASON ALTERIO, ET AL | : | |
| Defendants | : | November 3, 2004 |

## DEFENDANT, JASON ALTERIO MOTION FOR PROTECTIVE ORDER AND OBJECTION TO VIDEO DEPOSITION OF RALPH FONSECA GOING FORWARD

The Defendant, Jason Alterio hereby objects to and request the court issue a protective order preventing the Plaintiffs from conducting the video tape deposition of Ralph Fonseca on November 3 at 6:00 p.m. Counsel for Defendant Alterio was faxed the notice of deposition dated November 2, 2004 at 1:01 p.m. and did not become aware of it until approximately 1:45 p.m. Federal Rules of Civil Procedure 30 (b) (1) states that a party desiring to take the deposition of any person shall give reasonable notice in writing to every other person to the action. Twenty-nine hours does not constitute reasonable notice within the meaning of the rule. Furthermore, it is counsel's understanding that the deposition may be used in lieu of trial testimony in this matter making it even more important that counsel adequately prepare for the deposition. The timing of the notice of deposition does not give counsel adequate time to prepare.