FILED

2004 NOV 12  A 11: 49

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DOLORES FONSECA, ET AL** | : | |
| **Plaintiff,** | : | CIV. NO. 3:03CV1055 (AVC) |
| vs. | : | |
| **JASON ALTERIO, ET AL** | : | |
| **Defendants** | : | **NOVEMBER 3, 2004** |

## MOTION FOR PROTECTIVE ORDER

The Defendants, Jorge Larregui and the City of Bridgeport, pursuant to Federal Rule 26c(2), hereby respectfully request that the Court enter a protective order that the deposition scheduled by the Plaintiff of Rafael Fonseca not be held or held at a different time. The Plaintiff's counsel has scheduled the deposition for Mr. Rafael Fonseca for Wednesday, November 3, 2004 at 6:00 p.m.

The Defendants object to the scheduling of this deposition with outrageously short notice, literally hours. The Defendants' counsel received the notice of the deposition on the afternoon of Tuesday, November 2, 2004. The notice was sent by a fax to the Office of the City Attorney at 1:03 p.m. (Exhibit "A"). Counsel did not become aware of the deposition until after 3:00 p.m.

BMF04157

1

The unusually short notice creates a number of difficulties for counsel. First of all, counsel had other matters scheduled and will be required to cancel other commitments to be present. Next, the notice is so unreasonable that it is impossible for the Defendants' counsel to adequately prepare for the deposition. This pressure of time will be prejudicial to the Defendants because Defendants' counsel will be unable to fully prepare for the deposition that is to be taken by video tape.

Also, the sudden notice to schedule the deposition is untimely because the time for taking the depositions and completing discovery has long since passed. This Court issued order for the Trial Memorandum in July, 2004, at which time counsel requested additional time to respond because Plaintiffs' counsel was ill (Exhibits "B" and "C").

Lastly, because of the recent affidavit the Defendants were, until this week, unaware that there was any activity in the present file because counsel had requested a stay of the action because of health, and no notice was given that the case was active until the Plaintiff noticed the deposition of the Plaintiff (Exhibit "C").

In accordance with the federal rules, counsel for the Defendants, Larregui and the City of Bridgeport, spoke with counsel for the Plaintiffs and suggested alternatives to the parties to permit the deposition absent the other irregularities. The parties were unable to resolve the disagreement, but Defendants' counsel informed the attorney for the Plaintiffs at approximately 4:00 p.m. in the afternoon of

November 2, 2204, that she could not attend the deposition scheduled twenty-six (26) hours later.

Therefore, the Defendants respectfully request that the Court grant the Protective Order that the deposition not be held and that any deposition testimony that the Plaintiff proposes to introduce be excluded pursuant to Rule 32(a)(3).

THE DEFENDANTS<br>
JORGE LARREGUI<br>
THE CITY OF BRIDGEPORT<br>
<br>
By: _____<br>
Barbara Brazzel-Massaro<br>
Associate City Attorney<br>
OFFICE OF THE CITY ATTORNEY<br>
999 Broad Street - 2nd Floor<br>
Bridgeport, CT 06604<br>
Telephone #203/576-7647<br>
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 3rd day of November, 2004, to:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
P.O. Box 687
Fairfield, CT 06432

Diane Benevides, Esq.
Cantor, Floman, Gross, Kelly,
    Amendola & Sacramone
P.O. Drawer 966
Orange, CT 06477

_____
Barbara Brazzel-Massaro

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DOLORES FONSECA, ET AL** | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1055 (AVC) |
| vs. | : | |
| **JASON ALTERIO, ET AL** | : | |
| Defendants | : | NOVEMBER 3, 2004 |

### AFFIDAVIT OF BARBARA BRAZZEL-MASSARO

I, Barbara Brazzel-Massaro, being duly sworn, hereby depose and say:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I am making this affidavit of my own personal knowledge.

3. Plaintiff filed a Notice of Deposition by fax to the Bridgeport City Attorney at 1:03 p.m. on November 2, 2003 for a video tape deposition of Rafael Fonseca to be conducted at 6:00 p.m. on Wednesday, November 3, 2004.

4. Counsel for the Defendants, Jorge Larregui and the City of Bridgeport, became aware of the notice late on Tuesday and called Plaintiffs' counsel at approximately 4:00 p.m. to discuss the late notice.

BMF04158

1

5. Counsel for the Defendants had actually received a call late Monday afternoon from Attorney Barnes at which time he indicated he was attempting to schedule a deposition of Mr. Fonseca.

6. At that time, counsel informed him that a deposition for November 2 or 3, 2004 did not provide counsel with sufficient notice to prepare herself or to have other counsel prepared to attend the deposition because of her unavailability.

7. Defendants' counsel suggested alternatives to the date although discovery had ended.

8. On Tuesday afternoon counsel received a fax of the Notice of Deposition and called Plaintiffs' counsel to discuss alternatives. The parties could not resolve the dispute.

9. The Defendants, Larregui and the City of Bridgeport, are greatly prejudiced by the inadequate and untimely scheduling of this deposition.

Barbara Brazzel-Massaro

Sworn and subscribed before me

this 3rd day of November, 2004

John R. Mitola
Commissioner of the Superior Court

BMF04158                            2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DOLORES FONSECA, RAFAEL              :    DOCKET NO.
FONSECA and MELANIE
FONSECA, a minor, ppa,               :    03-CV-1055 (AVC)

    Plaintiffs,                      :

v.                                   :

JASON ALTERIO, a Bridgeport police   :
officer, in his individual capacity;
JORGE LARREGUI, a Bridgeport police  :
officer, in his individual capacity;
and the CITY OF BRIDGEPORT, a        :
municipal corporation,

    Defendants.                      :
                                     :    NOVEMBER 2, 2004

### NOTICE OF DEPOSITION BY VIDEO TAPE

TO:    Diane Benevides, Esq.
       Cantor, Floman, Gross, Kelly,
       Amendola & Sacramone, P.C.
       378 Boston Post Rd.
       Orange, CT 06477

       Barbara Brazzell-Massaro, Esq.
       Office of the City Attorney
       999 Broad St.
       Bridgeport, CT 06604

    PLEASE TAKE NOTICE that at 6:00 PM on November 3, 2004 at the law offices of ROsenstein & Barnes, 1100 Kings Highway East, Fairfield, Connecticut, the undersigned will take the deposition by video tape and by court reporter of Plaintiff Rafael Fonseca

before a notary public or other competent authority. The deposition will last for one day, or continue for day to day, as permitted by the rules of court, court order, or agreement of counsel. You are invited to attend and cross-examine.

        THE PLAINTIFFS
        DOLORES FONSECA, ET AL

BY: _____
      WILLIAM B. BARNES, ESQ.
        (CT0268)
      Rosenstein & Barnes
      1100 Kings Hwy. East
      P.O. Box 687
      Fairfield, CT 06432
      Tel (203) 367-7922
      Fax (203) 367-8110
      E-mail wbarnes@rosenbar.com

## CERTIFICATION

A copy of the foregoing was electronically delivered via fax and mailed certified mail, postage prepaid, return receipt requested, this 2nd day of November, 2004, to the following persons at the addresses stated:

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad St.
Bridgeport, CT 06604


Diane Benevides, Esq.
Cantor, Floman, Gross, Kelly,
Amendola & Sacramone, P.C.
378 Boston Post Rd.
Orange, CT 06477

_____
WILLIAM B. BARNES, ESQ.



# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

DOLORES FONSECA, RAFAEL
FONSECA and MELANIE
FONSECA, minor, ppa

V.   CASE NO. 3:03CV01055(AVC)

JASON ALTERIO, JORGE LARREGUI
and CITY OF BRIDGEPORT

## O R D E R

The plaintiff having failed to comply with the Court's Pretrial Order of June 15, 2004 requiring the filing of the trial memorandum on or before July 15, 2004, it is hereby ordered pursuant to Federal Rule of Civil Procedure 41(a) and Local Rule 41, that the plaintiff file and serve on or before August 17, 2004, a status report showing why this action should not be dismissed for failure to prosecute.

SO ORDERED.

Dated at Hartford, Connecticut, this ___ day of August, 2004.

/s/ AVC
Alfred V. Covello
United States District Judge



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, a minor, ppa, | : | DOCKET NO. |
| | : | 03-CV-1055 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| JASON ALTERIO, a Bridgeport police officer, in his individual capacity; JORGE LARREGUI, a Bridgeport police officer, in his individual capacity; and the CITY OF BRIDGEPORT, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |
| | : | AUGUST 4, 2004 |

## AFFIDAVIT

Now Comes SHEILA K. ROSENSTEIN, who having first been duly sworn, does hereby depose and say:

1. I am over the age of eighteen years and understand the obligation of an oath. I make this affidavit of my own personal knowledge.

2. On July 28, 2004 Attorney William Barnes was hospitalized for a serious medical emergency.

3. Attorney Barnes has been ordered by his physician that he is not allowed to do any work.

4. On August 4, 2004 I received or Order from the court requesting a status report.

5. I am requesting an extension of time to respond to the court order until Attorney Barnes returns to the office.

6. I will keep the court and opposing counsel's apprised of Attorney Barnes condition.

*[signature]*

SHEILA K. ROSENSTEIN, ESQ.

STATE OF CONNECTICUT )
                               )   SS: TOWN OF FAIRFIELD
COUNTY OF FAIRFIELD )

Personally appeared SHEILA K. ROSENSTEIN, known or satisfactorily proven, and subscribed and swore to the truth of the foregoing as her free act and deed for the purposes therein contained.

                                                   _____
                                                   DIANE E. LALLY

                                                  Notary Public
                                                  My commission expires: 12/31/08

### CERTIFICATION

A copy of the foregoing was electronically delivered via fax, on August 4, 2004 to:

Barbara Brazzel-Massaro, Esq.  
Associate City Attorney  
Office of the City Attorney  
Bridgeport City Hall Annex  
999 Broad St.  
Bridgeport, CT 06604  
(203) 576-8252

Diane Benevides, Esq.  
Cantor, Floman, Gorss, Kelly,  
    Amendola & Sacramone  
378 Boston Post Road  
Orange CT 06477  
(203) 795-12-15

_____
SHEILA K. ROSENSTEIN, ESQ.

3

FILED
2004 NOV 12 A 11: 49
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, ET AL : | |
| Plaintiff, : | CIV. NO. 3:03CV1055 (AVC) |
| vs. : | |
| JASON ALTERIO, ET AL : | |
| Defendants : | NOVEMBER 3, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

### "MOTION FOR PROTECTIVE ORDER"

☒ This document has not been filed electronically because:
  the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS
JORGE LARREGUI
THE CITY OF BRIDGEPORT

By: /s/ Barbara B. Massaro
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF04157

1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 3rd day of November, 2004, to:

| | |
|---|---|
| **William B. Barnes, Esq.**<br>**Rosenstein & Barnes**<br>**1100 Kings Highway East**<br>**P.O. Box 687**<br>**Fairfield, CT  06432** | **Diane Benevides, Esq.**<br>**Cantor, Floman, Gross, Kelly**<br>   **Amendola & Sacramone**<br>**378 Boston Post Road**<br>**Orange, CT  06477** |

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04157

2