FILED
2004 NOV 12 A 11:49
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, ET AL | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1055 (AVC) |
| vs. | : | |
| JASON ALTERIO, ET AL | : | |
| Defendants | : | NOVEMBER 3, 2004 |

FILED 2004 DEC 14 P 4:47 U.S. DISTRICT COURT HARTFORD, CT.

December 14, 2004. There being no objection, the motion is granted. SO ORDERED.
Alfred V. Covello, U.S.D.J.

## MOTION FOR PROTECTIVE ORDER

The Defendants, Jorge Larregui and the City of Bridgeport, pursuant to Federal Rule 26c(2), hereby respectfully request that the Court enter a protective order that the deposition scheduled by the Plaintiff of Rafael Fonseca not be held or held at a different time. The Plaintiff's counsel has scheduled the deposition for Mr. Rafael Fonseca for Wednesday, November 3, 2004 at 6:00 p.m.

The Defendants object to the scheduling of this deposition with outrageously short notice, literally hours. The Defendants' counsel received the notice of the deposition on the afternoon of Tuesday, November 2, 2004. The notice was sent by a fax to the Office of the City Attorney at 1:03 p.m. (Exhibit "A"). Counsel did not become aware of the deposition until after 3:00 p.m.

BMF04157

1