UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, a minor, ppa, | : : | DOCKET NO. 03-CV-1055 (AVC) |
| *Plaintiffs*, | : | |
| v. | : | |
| JASON ALTERIO, a Bridgeport police officer, in his individual capacity; JORGE LARREGUI, a Bridgeport police officer, in his individual capacity; and the CITY OF BRIDGEPORT, a municipal corporation, | : : : : | |
| *Defendants*. | : : | January 12, 2005 |

**MOTION ON STIPULATION TO AMEND PRETRIAL ORDER**

The undersigned, counsel for the parties in this action, hereby respectfully stipulate and agree to the following proposed amendment to the pretrial order, and ask that the same be granted:

1. The discovery period shall extend until April 6, 2005.

2. Substantive motions shall be filed thirty days after the close of the discovery period.

3. The joint trial memorandum shall be filed thirty days after the ruling on any substantive motions, or, if no

substantive motions are filed, thirty days after the end of the discovery period.

        THE PLAINTIFFS
        DOLORES FONSECA, ET AL


        _____/s/_____
        WILLIAM B. BARNES, ESQ.
           (CT00268)
        Rosenstein & Barnes
        1100 Kings Hwy. East,
        Fairfield, CT 06825
        (203) 367-7922

        DEFENDANTS CITY OF BRIDGEPORT
        AND JORGE LARREGUI


        _____/s/_____
        BARBARA BRAZZEL-MASSARO, ESQ.
           (CT 05746)
        Office of the City Attorney
        City of Bridgeport
        999 Broad St.
        Bridgeport, CT 06604
        (203) 576-7647

        DEFENDANT JASON ALTERIO


        _____/s/_____
        DIANE BENEVIDES, ESQ.
           (CT 20617)
        Cantor, Floman, Gross, Kelly,
        Amendola & Sacramone, P.C.
        378 Post Road
        Orange CT 06477
        (203) 795-1211

## **CERTIFICATION**

    A copy of the foregoing was mailed first class mail, postage prepaid, on January 12, 2005 to:

| | |
|---|---|
| Barbara Brazzel-Massaro, Esq. | Diane Benevides, Esq. |
| Associate City Attorney | Cantor, Floman, Gross, Kelly, |
| Office of the City Attorney | Amendola & Sacramone, P.C. |
| Bridgeport City Hall Annex | 378 Boston Post Road |
| 999 Broad St. | Orange CT 06477 |
| Bridgeport, CT 06604 | |

                                          _____/s/_____
                                          WILLIAM B. BARNES, ESQ.