FILED

2005 JAN 13 A 10: 40

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, a minor, ppa, | : | DOCKET NO. |
| | : | 03-CV-1055 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| JASON ALTERIO, a Bridgeport police officer, in his individual capacity; JORGE LARREGUI, a Bridgeport police officer, in his individual capacity; and the CITY OF BRIDGEPORT, a municipal corporation, | : : : | |
| Defendants. | : | |
| | : | January 12, 2005 |

**MOTION ON STIPULATION TO AMEND PRETRIAL ORDER**

The undersigned, counsel for the parties in this action, hereby respectfully stipulate and agree to the following proposed amendment to the pretrial order, and ask that the same be granted:

1. The discovery period shall extend until April 6, 2005.

2. Substantive motions shall be filed thirty days after the close of the discovery period.

3. The joint trial memorandum shall be filed thirty days after the ruling on any substantive motions, or, if no

January 14, 2005.
SO ORDERED.
GRANTED.