United States District Court

District of Connecticut

Dolores Fonseca, Rafael Fonseca and
Melanie Fonseca, a minor, ppa : Docket No. 03-CV-1055 (AVC)
Plaintiffs

v. :

Jason Alterio, a Bridgeport police officer in
his individual capacity, Jorge Larregui, a
Bridgeport police officer in his individual
Capacity, and the City of Bridgeport, a
Municipal corporation : January 27, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to L.Civ.R. 7 (e) the undersigned hereby moves to withdraw her appearance for the defendant, Jason Alterio in the above referenced matter. Counsel indicated to the defendant through telephone conversations and also written correspondence (See Exhibit A letter to Jason Alterio dated January 20, 2005 and copy of signed green card) that counsel needed to withdraw her appearance because she will be relocating outside the state of Connecticut. The undersigned counsel has accepted a position at the Rhode Island Department of the Attorney General. Said position requires that the undersign not engage in the practice of law other then for the Department of the Attorney General for the State of Rhode Island. The undersigned commences her new duties on January 31, 2005. As a result the undersign can not

CANTOR, FLOMAN, GROSS, SACRAMONE & DALY, P.C. - JURIS NO. 43415
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215 - HAMDEN (203)288-2132
www.cantorfloman.com

continue to represent the defendant in this matter. The undersigned has attempted to assist the defendant in obtaining new counsel but the defendant has not accepted the undersigns recommendations.

Appended to this Motion as Exhibit B, is a copy of a notice to such party in compliance with L.Civ.R. 7 (e) and a copy of receipt of service showing the date on which notice was served to the defendant.

RESPECTFULLY,

_____
DIANE BENEVIDES
CT 20617
CANTOR, FLOMAN, GROSS, KELLY,
& SACRAMONE, PC
378 Boston Post Road
Orange, CT 06477
Tele: (203) 795-1211

## CERTIFICATION

I hereby certify that the foregoing motion was mailed postage pre-paid on this 28th day of January, 2005 to the following counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Mr. Jason Alterio
11 Beverly Drive
Bridgeport, CT 06610

William B. Barnes, Esq.
Rosenstein & Barnes
PO Box 687
Fairfield, CT 06432

_____
DIANE BENEVIDES

## CANTOR, FLOMAN, GROSS, SACRAMONE & DALY, P.C.
ATTORNEYS AND COUNSELORS AT LAW

STEVEN P. FLOMAN
RICHARD L. GROSS (ALSO ADMITTED IN NY)
FRANK SACRAMONE, JR.
MICHAEL J. DALY
DIANE BENEVIDES (ALSO ADMITTED IN MA)

EDWARD H. CANTOR (RETIRED 1997)
JOHN J. KELLY (OF COUNSEL)

January 20, 2005

Mr. Jason Alterio
11 Beverly Drive
Bridgeport, CT 06610

Certified mail 7004 0550 0000 4801 2671

Re:   Fonseca, et al vs. Alterio, et al

Dear Jason:

I am writing this letter because it is urgent that we schedule a meeting regarding the above referenced matter. As I indicated to you in our telephone conversation earlier this month I will be relocating out of state at the end of this month and therefore it is necessary that new counsel be retained to represent you. I originally scheduled a meeting with you for yesterday January 19, 2005 at 2:00 p.m. so that you could meet Attorney Richard Buturla, who I am recommending take my place as your attorney. You failed to show up for the meeting or to call and advise me that you would not be able to attend. I understand that you have a lot going on right now but I need your cooperation in this matter. If you do not cooperate and another meeting can not be scheduled for the week of January 24 I will have to file a motion to withdraw my appearance and you will be left with no attorney of record in the case. At that point the city may just appoint new counsel for you without your being consulted, since you have been given ample opportunity to be consulted. Please contact me as soon as you receive this letter so that I can schedule a new appointment. If I do not hear from you by January 25, 2005 at 5:00 p.m. then I will file my withdrawal in this matter. Thank you for your consideration.

Sincerely yours,

DIANE BENEVIDES

cc: Barbara Massaro

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7004 0550 0000 4801 2671

| | |
|---|---|
| Postage | $ |
| Certified Fee | [signature] |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — ORANGE CT 06[...] JAN 20 2005 USPS

Sent To: Jason Alfano
Street, Apt No.; or PO Box No. 11 Beverly Drive
City, State, ZIP+4 Bridgeport CT 06610

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jason Alfano
11 Beverly Drive
Bridgeport CT 06610

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 1/21/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 0550 0000 4801 2671

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# CANTOR, FLOMAN, GROSS, SACRAMONE & DALY, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

STEVEN P. FLOMAN
RICHARD L. GROSS (ALSO ADMITTED IN NY)
FRANK SACRAMONE, JR.
MICHAEL J. DALY
DIANE BENEVIDES (ALSO ADMITTED IN MA)

EDWARD H. CANTOR (RETIRED 1997)
JOHN J. KELLY (OF COUNSEL)

January 27, 2005

Mr. Jason Alterio
11 Beverly Drive
Bridgeport, CT 06610

RE: Fonseca, el al v. Alterio et al

RE: Notice to Jason Alterio of Request to Withdraw Appearance

Dear Mr. Alterio:

    Please be advised of that I am filing the enclosed Motions to Withdraw with the United States District of Connecticut. These motions seek the court's permission for both Attorney John J. Kelly and Attorney Diane Benevides to withdraw as your attorneys in this case and no longer represent you in the following case: DOCKET NO. 03- CV - 1055 (AVC), Fonseca, et al v. Alterio et al.

    Failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default judgment being entered against you.

    Thank you for your consideration in this matter.

Very truly yours,

DIANE BENEVIDES

378 Boston Post Road ■ P.O. Drawer 966 ■ Orange, Connecticut 06477-0966
Telephone:(203)795-1211 ■ Fax:(203)795-1215
Hamden Office (203)288-2132
www.cantorfloman.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

**DOLORES FONESCA, RAFAEL FONSECA AND MELANIE FONSECA, A MINOR, PPA**

Plaintiff(s), Petitioner(s)

against

**JASON ALTERIO, ET AL**

Defendant(s), Respondent(s)

---

CLIENT: Diane Benevides, Esquire

INDEX NO.: 03 CV 1055 (AVC)

**RETURN OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Alan Jones, attest and say, that I am not a party to this action. I am over 18 years of age and reside in Seymour, CT.

By and at the direction of the attorney, on **January 27, 2005 at 6:30 PM at 11 Beverly Drive, Bridgeport, CT 06610**, I served the within **Motion to Withdraw Appearance** upon Jason Alterio, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Motion to Withdraw Appearance** by delivering thereat a true and attested copy of each to **Jason Alterio**, personally; I knew said person so served to be the person mentioned and described as said recipient therein because they identified themselves as such.

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Male** Skin: **White** Hair: **Brown** Age(Approx): **21-35** Height(Approx): **5'9" - 6'** Weight(Approx): **161-200 lbs**

ATTEST:

*Alan Jones*
Alan Jones, Private Process Server

Emergency Service $75.00
Total Fees: $75.00

CONNECTICUT PROCESS SERVING, LLC
9 Beaumont Street
East Hartford, CT, 06108-1633
(860) 528-2920 , (860) 528-2720 Fax
lglprocess@aol.com http://www.legalprocess.com

United States District Court

District of Connecticut

Dolores Fonseca, Rafael Fonseca and
Melanie Fonseca, a minor, ppa : Docket No. 03-CV-1055 (AVC)
    Plaintiffs

v. :

Jason Alterio, a Bridgeport police officer in
his individual capacity, Jorge Larregui, a
Bridgeport police officer in his individual
Capacity, and the City of Bridgeport, a
Municipal corporation : January 28, 2004



## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

"Motion to Withdraw Appearance". This document has not been filed electronically

because: the document can not be converted to an electronic format.

RESPECTFULLY,

DIANE BENEVIDES
CT 20617
CANTOR, FLOMAN, GROSS, KELLY,
& SACRAMONE, PC
378 Boston Post Road
Orange, CT 06477
Tele: (203) 795-1211

## **CERTIFICATION**

I hereby certify that the foregoing motion was mailed postage pre-paid on this ___ day of January, 2005 to the following counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

William B. Barnes, Esq.
Rosenstein & Barnes
PO Box 687
Fairfield, CT 06432

DIANE BENEVIDES