United States District Court

District of Connecticut

| | | |
|---|---|---|
| Dolores Fonseca, Rafael Fonseca and<br>Melanie Fonseca, a minor, ppa<br>    Plaintiffs | : | Docket No. 03-CV-1055 (AVC) |
| v. | : | |
| Jason Alterio, a Bridgeport police officer in<br>his individual capacity, Jorge Larregui, a<br>Bridgeport police officer in his individual<br>Capacity, and the City of Bridgeport, a<br>Municipal corporation | : | January 31, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to L.Civ.R. 7 (e) the undersigned hereby moves to withdraw his appearance for the defendant, Jason Alterio in the above referenced matter. The defendant was advised that the undersigned was retiring and would not be available to represent the defendant. An attempt to assist the defendant in obtaining new counsel has been made but the defendant has not accepted the undersigned's recommendations.

Appended to this Motion as Exhibit B, is a copy of a notice to such party in compliance with L.Civ.R. 7 (e) and a copy of receipt of service showing the date on which notice was served to the defendant.

RESPECTFULLY,

_____
John J. Kelly
CT 09146
CANTOR, FLOMAN, GROSS, KELLY,
& SACRAMONE, PC
378 Boston Post Road
Orange, CT 06477
Tele: (203) 795-1211

## CERTIFICATION

I hereby certify that the foregoing motion was mailed postage pre-paid on this 31 day of January, 2005 to the following counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Mr. Jason Alterio
11 Beverly Drive
Bridgeport, CT 06610

William B. Barnes, Esq.
Rosenstein & Barnes
PO Box 687
Fairfield, CT 06432

_____
John J. Kelly

United States District Court

District of Connecticut

| | | |
|---|---|---|
| Dolores Fonseca, Rafael Fonseca and Melanie Fonseca, a minor, ppa<br>Plaintiffs | : | Docket No. 03-CV-1055 (AVC) |
| v. | : | |
| Jason Alterio, a Bridgeport police officer in his individual capacity, Jorge Larregui, a Bridgeport police officer in his individual Capacity, and the City of Bridgeport, a Municipal corporation | : | January 31, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

"Motion to Withdraw Appearance". This document has not been filed electronically because: the document can not be converted to an electronic format.

RESPECTFULLY,

_____
JOHN J. KELLY
CT 09146
CANTOR, FLOMAN, GROSS, KELLY,
& SACRAMONE, PC
378 Boston Post Road
Orange, CT 06477
Tele: (203) 795-1211

## CERTIFICATION

I hereby certify that the foregoing motion was mailed postage pre-paid on this 31st day of January, 2005 to the following counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

William B. Barnes, Esq.
Rosenstein & Barnes
PO Box 687
Fairfield, CT 06432

_____
JOHN J. KELLY

CANTOR, FLOMAN, GROSS, SACRAMONE & DALY, P.C. - JURIS NO. 43415
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 · FAX (203)795-1215 · HAMDEN (203)288-2132
www.cantorfloman.com

# CANTOR, FLOMAN, GROSS, SACRAMONE & DALY, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

STEVEN P. FLOMAN
RICHARD L. GROSS (ALSO ADMITTED IN NY)
FRANK SACRAMONE, JR.
MICHAEL J. DALY
DIANE BENEVIDES (ALSO ADMITTED IN MA)

EDWARD H. CANTOR (RETIRED 1997)
JOHN J. KELLY (OF COUNSEL)

January 27, 2005

Mr. Jason Alterio
11 Beverly Drive
Bridgeport, CT 06610

RE: Fonseca, el al v. Alterio et al

RE: Notice to Jason Alterio of Request to Withdraw Appearance

Dear Mr. Alterio:

  Please be advised of that I am filing the enclosed Motions to Withdraw with the United States District of Connecticut. These motions seek the court's permission for both Attorney John J. Kelly and Attorney Diane Benevides to withdraw as your attorneys in this case and no longer represent you in the following case: DOCKET NO. 03- CV - 1055 (AVC), Fonseca, et al v. Alterio et al.

  Failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default judgment being entered against you.

  Thank you for your consideration in this matter.

Very truly yours,

DIANE BENEVIDES

378 Boston Post Road ■ P.O. Drawer 966 ■ Orange, Connecticut 06477-0966
Telephone:(203)795-1211 ■ Fax:(203)795-1215
Hamden Office (203)288-2132
www.cantorfloman.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONESCA, RAFAEL FONSECA AND MELANIE FONSECA, A MINOR, PPA<br>Plaintiff(s), Petitioner(s)<br><br>against<br><br>JASON ALTERIO, ET AL<br>Defendant(s), Respondent(s) | CLIENT: Diane Benevides, Esquire<br>INDEX NO.: 03 CV 1055 (AVC)<br><br>**RETURN OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Alan Jones, attest and say, that I am not a party to this action. I am over 18 years of age and reside in Seymour, CT.

By and at the direction of the attorney, on January 27, 2005 at 6:30 PM at 11 Beverly Drive, Bridgeport, CT 06610, I served the within **Motion to Withdraw Appearance** upon **Jason Alterio**, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Motion to Withdraw Appearance** by delivering thereat a true and attested copy of each to **Jason Alterio**, personally; I knew said person so served to be the person mentioned and described as said recipient therein because they identified themselves as such.

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Male** Skin: **White** Hair: **Brown** Age(Approx): **21-35** Height(Approx): **5'9" - 6'** Weight(Approx): **161-200 lbs**

ATTEST:
*Alan Jones*
Alan Jones, Private Process Server

Emergency Service $75.00
Total Fees: $75.00

CONNECTICUT PROCESS SERVING, LLC
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax
lglprocess@aol.com http://www.legalprocess.com