United States District Court

District of Connecticut

| | |
|---|---|
| Dolores Fonseca, Rafael Fonseca and Melanie Fonseca, a minor, ppa<br>Plaintiffs | Docket No. 03-CV-1055 (AVC) |
| v. | |
| Jason Alterio, a Bridgeport police officer in his individual capacity, Jorge Larregui, a Bridgeport police officer in his individual Capacity, and the City of Bridgeport, a Municipal corporation | January 27, 2004 |

*February 7, 2005. SO ORDERED. GRANTED. Alfred V. Covello, U.S.D.J.*

**FILED 2005 FEB -1 A 11: [time] U.S. DISTRICT COURT HARTFORD, CT**

## MOTION TO WITHDRAW APPEARANCE

Pursuant to L.Civ.R. 7 (e) the undersigned hereby moves to withdraw her appearance for the defendant, Jason Alterio in the above referenced matter. Counsel indicated to the defendant through telephone conversations and also written correspondence (See Exhibit A letter to Jason Alterio dated January 20, 2005 and copy of signed green card) that counsel needed to withdraw her appearance because she will be relocating outside the state of Connecticut. The undersigned counsel has accepted a position at the Rhode Island Department of the Attorney General. Said position requires that the undersign not engage in the practice of law other then for the Department of the Attorney General for the State of Rhode Island. The undersigned commences her new duties on January 31, 2005. As a result the undersign can not