

February 7, 2005. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2005 FEB -7 P [illegible] U.S. DISTRICT COURT HARTFORD, CT.

United States District Court

District of Connecticut

| | | |
|---|---|---|
| Dolores Fonseca, Rafael Fonseca and Melanie Fonseca, a minor, ppa<br>Plaintiffs | : | Docket No. 03-CV-1055 (AVC) |
| v. | : | |
| Jason Alterio, a Bridgeport police officer in his individual capacity, Jorge Larregui, a Bridgeport police officer in his individual capacity, and the City of Bridgeport, a Municipal corporation | : | January 31, 2004 |

FILED 2005 FEB -2 P 1:06 U.S. DISTRICT COURT HARTFORD, CT.

## MOTION TO WITHDRAW APPEARANCE

Pursuant to L.Civ.R. 7 (e) the undersigned hereby moves to withdraw his appearance for the defendant, Jason Alterio in the above referenced matter. The defendant was advised that the undersigned was retiring and would not be available to represent the defendant. An attempt to assist the defendant in obtaining new counsel has been made but the defendant has not accepted the undersigned's recommendations.

Appended to this Motion as Exhibit B, is a copy of a notice to such party in compliance with L.Civ.R. 7 (e) and a copy of receipt of service showing the date on which notice was served to the defendant.

CANTOR, FLOMAN, GROSS, SACRAMONE & DALY, P.C. - JURIS NO. 43415
378 BOSTON POST ROAD - P.O. DRAWER 966 - ORANGE, CT 06477-0966
TELEPHONE (203)795-1211 - FAX (203)795-1215 - HAMDEN (203)288-2132
www.cantorfloman.com