UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, | : | NO: 3:03-CV-01055 (AVC) |
| RAFAEL FONSECA and | : | |
| MELANIE FONSECA, | : | |
|     Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| JASON ALTERIO, JORGE LAREGUI | : | |
| and CITY OF BRIDGEPORT, | : | FEBRUARY 24, 2005 |
|     Defendants. | | |

## **APPEARANCE**

Please enter the appearance of Scott M. Karsten on behalf of the defendant, JASON ALTERIO, in the above captioned matter.

BY: _____
    Scott M. Karsten
    Federal Bar #ct05277
    Sack, Spector & Karsten, LLP
    836 Farmington Avenue, Suite 221
    West Hartford, CT 06119
    (860) 233-8251  F: (860) 232-8736
    skarsten@sackspec.com

**CERTIFICATION**

       This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 24th day of February, 2005:

Sheila K. Rosenstein, Esquire
William B. Barnes, Esquire
Rosenstein & Barnes
1100 Kings Highway East
P.O. Box 687
Fairfield, CT  06430

Attorney Barbara Brazzel-Massaro
City of Bridgeport - Office of the City Attorney
999 Broad Street
Second Floor
Bridgeport, CT  06604

                                                     _____
                                                      Scott M. Karsten

Chief Clerk
USDC
450 Main Street
Hartford, CT 06103

Diane Benevides, Esquire
John J. Kelly, Jr., Esquire
c/o: Cantor, Floman, Gross, Kelly,
Amendola & Sacramone
378 Boston Post Road
P.O. Drawer 966
Orange, CT  06477