UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA,<br>RAFAEL FONSECA,<br>and MELANIE FONSECA,<br>    Plaintiffs, | : <br> : <br> : <br> : <br> : | NO: 3:03-CV-01055 (AVC) |
| VS. | : <br> : <br> : | |
| JASON ALTERIO,<br>JORGE LAREGUI<br>and CITY OF BRIDGEPORT,<br>    Defendants. | : <br> : <br> : <br> : | MAY 9, 2005 |

## **APPEARANCE**

Please enter the appearance of ELLIOT B. SPECTOR on behalf of the defendant, JASON ALTERIO, in the above captioned matter.

BY: _____
Elliot B. Spector
Federal Bar #ct05278
Noble, Spector, Young & O'Connor, P.C.
One Congress Street
Hartford, CT 06114
860-525-9975
860-525-9985
spector@nsyolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 9th day of May, 2005:

Sheila K. Rosenstein, Esquire
William B. Barnes, Esquire
Rosenstein & Barnes
1100 Kings Hwy East, P.O. Box 687
Suite 1C
Fairfield, CT 06430

Scott M. Karsten, Esquire
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

_____
Elliot B. Spector

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985