UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES FONSECA, ET AL.,              :   NO.: 3:03CV01055(AVC)
     Plaintiffs,

vs.

JASON ALTERIO, ET AL.,                :   MAY 12, 2005
     Defendants.

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully moves for leave of Court to withdraw his appearance in this matter.

Elliot B. Spector has filed an appearance on behalf of defendant Jason Alterio.

Accordingly, the undersigned respectfully requests that his Motion to Withdraw Appearance be granted.

DEFENDANT, JASON ALTERIO

BY _____
Scott M. Karsten
Federal Bar No.: ct05277
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107
Telephone (860)521-4800
Telecopier (860)521-7500
skarsten@karstendorman.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 12th day of May, 2005, to the following counsel of record:

Sheila K. Rosenstein, Esquire
William B. Barnes, Esquire
Rosenstein & Barnes
1100 Kings Highway East
P. O. Box 687, Suite 1C
Fairfield, CT 06430

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT 06114

_____
Scott M. Karsten

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES FONSECA, ET AL.,                    :    NO.: 3:03CV01055(AVC)
    Plaintiffs,

vs.

JASON ALTERIO, ET AL.,                      :    MAY 12, 2005
    Defendants.

## NOTICE OF MANUAL FILING

Please take notice that defendants have manually filed the

following document:

## MOTION TO WITHDRAW APPEARANCE

This document has not been filed electronically because:

The document cannot be converted to an electronic format.

DEFENDANT, JASON ALTERIO

BY _____
Scott M. Karsten
Federal Bar No.: ct05277
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107
Telephone (860)521-4800
Telecopier (860)521-7500
skarsten@karstendorman.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 12th day of May, 2005, to the following counsel of record:

Sheila K. Rosenstein, Esquire
William B. Barnes, Esquire
Rosenstein & Barnes
1100 Kings Highway East
P. O. Box 687, Suite 1C
Fairfield, CT 06430

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT 06114

_____
Scott M. Karsten

Chief Clerk
United States District Court
450 Main Street
Hartford, CT 06103