UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, ET AL., | : | NO.: 3:03CV01055 (AVC) |
|     Plaintiffs, | : | |
| vs. | : | |
| JASON ALTERIO, ET AL., | : | MAY 12, 2005 |
|     Defendants. | : | |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully moves for leave of Court to withdraw his appearance in this matter.

Elliot B. Spector has filed an appearance on behalf of defendant Jason Alterio.

Accordingly, the undersigned respectfully requests that his Motion to Withdraw Appearance be granted.

DEFENDANT, JASON ALTERIO

BY /s/ Scott M. Karsten
Scott M. Karsten
Federal Bar No.: ct05277
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107
Telephone (860)521-4800
Telecopier (860)521-7500
skarsten@karstendorman.com

May 23, 2005. GRANTED. SO ORDERED.
/s/ Alfred V. Covello, U.S.D.J.