UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, a minor, ppa, | : : | DOCKET NO. 03-CV-1055 (AVC) |
| *Plaintiffs*, | : | |
| v. | : | |
| JASON ALTERIO, a Bridgeport police officer, in his individual capacity; JORGE LARREGUI, a Bridgeport police officer, in his individual capacity; and the CITY OF BRIDGEPORT, a municipal corporation, | : : : : | |
| *Defendants*. | : : | JUNE 8, 2005 |

**MOTION AGREED UPON BY ALL PARTIES TO RESET PRETRIAL DEADLINES**

The undersigned, hereby respectfully move upon agreement of all parties for an order resetting the pretrial deadlines in this case:

1. Discovery to be completed by August 8, 2005.

2. Dispositive motions to be filed by September 7, 2005.

3. Trial memorandum to be filed thirty days after September 7, 2005 of the decision on the dispositive motions.

The grounds for this motion are that Defendant Alterio has recently changed counsel and his new counsel, Elliot Spector, Esq. needs time to become familiar with the file and do such discovery he needs to create a record. In addition, for health

reasons present counsel for plaintiffs, William Barnes, is transferring the file to Attorney Diane Polan, who will likewise need time to familiarize herself with the file and take whatever discovery she deems necessary to complete the record.

The above schedule was discussed with PJO Reed Murphy at a conference held June 7, 2005.  PJO Murphy approved the schedule.

          THE PLAINTIFFS
          DOLORES FONSECA, ET AL


          _____
          WILLIAM B. BARNES, ESQ.
           (CT00268)
          Rosenstein & Barnes
          1100 Kings Hwy. East,
          Fairfield, CT 06825
          (203) 367-7922


## **CERTIFICATION**

A copy of the foregoing was mailed first class mail, postage prepaid, on June 8, 2005 to:

Barbara Brazzel-Massaro, Esq.  Elliot Spector, Esq.
Associate City Attorney     Noble, Spector, Young & O'Connor
Office of the City Attorney   One Congress Street
Bridgeport City Hall Annex   Hartford CT 06114
999 Broad St.
Bridgeport, CT 06604


          _____
          WILLIAM B. BARNES, ESQ.