UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, a minor, ppa, | : : : | DOCKET NO. 03-CV-1055 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| JASON ALTERIO, a Bridgeport police officer, in his individual capacity; JORGE LARREGUI, a Bridgeport police officer, in his individual capacity; and the CITY OF BRIDGEPORT, a municipal corporation, | : : : : | |
| Defendants. | : : | JUNE 8, 2005 |

**MOTION AGREED UPON BY ALL PARTIES TO RESET PRETRIAL DEADLINES**

The undersigned, hereby respectfully move upon agreement of all parties for an order resetting the pretrial deadlines in this case:

1. Discovery to be completed by August 8, 2005.
2. Dispositive motions to be filed by September 7, 2005.
3. Trial memorandum to be filed thirty days after September 7, 2005 of the decision on the dispositive motions.

The grounds for this motion are that Defendant Alterio has recently changed counsel and his new counsel, Elliot Spector, Esq. needs time to become familiar with the file and do such discovery he needs to create a record. In addition, for health

June 9, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.