UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA, | : : : | CRIMINAL ACTION NUMBER |
| Plaintiffs, | : | 3:03cv01055(AVC) |
| | : : | |
| v. | : : | |
| JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT | : : : | |
| Defendants | : | JUNE 20, 2005 |

# APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the *plaintiffs*, DOLORES FONSECA, RAFAEL FONSECA AND MELANIE FONSECA.

DATED:   JUNE 20, 2005

_____
DIANE POLAN
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: 203-865-5000
Facsimile: 203-865-2177
Federal Bar No. ct00223

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 20th day of June, 2005, to the following counsel of record:

Attorney Barbara Brazzl-Massaro
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Street, Fourth Floor
Hartford, CT 06114

Attorney Sheila K. Rosenstein
Rosenstein & Barnes
1100 Kings Highway East
P.O. Box 687
Suite 1C
Fairfield, CT 06430

William B. Barnes, Esquire
Rosenstein & Barnes
1100 Kings Highway East
P.O. Box 687
Suite 1C
Fairfield, CT 06430

_____
DIANE POLAN