UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA,<br>Plaintiffs, | : | CRIMINAL ACTION NUMBER<br><br>3:03cv01055(AVC) |
| v. | : | |
| JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT<br>Defendants | : | JULY 28, 2005 |

**MOTION TO MODIFY SCHEDULING ORDER**

The plaintiffs, through their undersigned counsel, respectfully move this Court to modify the scheduling order currently in effect, in particular, the current discovery deadline of August 8, 2005.

In support of this Motion, plaintiffs represent as follows:

1. This is a civil rights action that was filed on or about June 13, 2003.

2. At that time, the plaintiffs were represented by Attorney William B. Barnes.

3. In February, 2005, the attorneys for Jason Alterio withdrew their appearances and Attorney Scott Karsten filed his appearance.

4. Subsequently, Attorney Elliot B. Spector filed his appearance on behalf of defendant Alterio.

5. At the present time, Attorney Spector is the only attorney representing defendant Alterio.

1

6. Attorney Barbara Brazzel-Massaro has represented the defendant City of Bridgeport and defendant Larrequi since the commencement of the action.

7. On or about April, 2005, undersigned counsel was contacted by Attorney Barnes, who asked her to consider assuming representation of the plaintiffs in this action because Attorney Barnes was ill and could no longer continue working on the case.

8. Undersigned counsel met with Attorney Barnes and with plaintiffs Delores and Raphael Fonseca in mid June, 2005 and agreed to take over the plaintiffs' representation.

9. On or about June 22, 2005, undersigned counsel filed her appearance on behalf of Delores Fonseca and Raphael Fonseca.

10. Previously, on or about June 9, 2005, Attorney Barnes had filed a Motion for Extension of Time to Complete Discovery requesting a new discovery deadline of August 8, 2005 and extending the date for dispositve motions to September 7, 2005 and for the Joint Trial Memorandum until thirty days after a decision on the dispositive motions.

11. That motion was granted by this Court on June 9, 2005, upon the agreement of all counsel.

12. Undersigned counsel for the plaintiff has now determined it is not possible to comply with the existing discovery deadlines as a result of her other court commitments and vacation schedule. New counsel's commitments were unknown to plaintiffs' prior counsel when the new discovery deadline was set in early June.

13. Undersigned counsel has consulted with Attorney Spector who consents to the requested extension of the discovery and other deadlines. Counsel has been unable to reach Attorney Brazzel-Massaro to ascertain her position.

14. Plaintiffs seek an extension of time of sixty (60) days to complete depositions and other written discovery and corresponding extensions of the other deadlines in this case.

15. In particular, plaintiffs request that the Court modify the current schedules as follows: discovery is to be concluded by October 8, 2005; dispositive motions are to be filed by November 8, 2005; and the Joint Trial Memorandum is to be filed within thirty (30) days of a decision on the dispositive motions.

16. It is in the interests of justice that the Court modify the scheduling order as proposed.

17. No trial date has been set in this case.

BY:

THE PLAINTIFFS,
DELORES FONSECA, RAFAEL FONSECA
AND MELANIE FONSECA

DIANE POLAN
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
polanlaw@yahoo.com
Telephone: 203-865-5000
Facsimile: 203-865-2177
Federal Bar No. ct00223
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 28th day of July, 2005, to the following counsel of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Street, Fourth Floor
Hartford, CT 06114

William B. Barnes, Esquire
Rosenstein & Barnes
1100 Kings Highway East
P.O. Box 687
Suite 1C
Fairfield, CT 06430

DIANE POLAN

4