65

FILED

2005 AUG -1 A 11: 36

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA,<br>*Plaintiffs,* | : : : : | ~~CRIMINAL~~ ACTION NUMBER<br><br>3:03cv01055(AVC) |
| v. | : | |
| JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT<br>*Defendants* | : : : : | JULY 28, 2005 |

### MOTION TO MODIFY SCHEDULING ORDER

The plaintiffs, through their undersigned counsel, respectfully move this Court to modify the scheduling order currently in effect, in particular, the current discovery deadline of August 8, 2005.

In support of this Motion, plaintiffs represent as follows:

1. This is a civil rights action that was filed on or about June 13, 2003.

2. At that time, the plaintiffs were represented by Attorney William B. Barnes.

3. In February, 2005, the attorneys for Jason Alterio withdrew their appearances and Attorney Scott Karsten filed his appearance.

4. Subsequently, Attorney Elliot B. Spector filed his appearance on behalf of defendant Alterio.

5. At the present time, Attorney Spector is the only attorney representing defendant Alterio.

August 2, 2005.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

2005 AUG -2 A 11: 41

1