UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, a minor, ppa, | : : | DOCKET NO. 03-CV-1055 (AVC) |
| *Plaintiffs*, | : | |
| v. | : | |
| JASON ALTERIO, a Bridgeport police officer, in his individual capacity; JORGE LARREGUI, a Bridgeport police officer, in his individual capacity; and the CITY OF BRIDGEPORT, a municipal corporation, | : : : : | |
| *Defendants*. | : | |
| | : | August 2, 2005 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned respectfully move for leave to withdraw as counsel for the reasons stated in the accompanying affidavits.

_____
WILLIAM B. BARNES
    (CT0268)


_____
SHEILA K. ROSENSTEIN
    (CT07091)
Rosenstein & Barnes
1100 Kings Hwy. East
P.O. Box 687
Fairfield, CT 06432
Tel (203) 367-7922
Fax (203) 367-8110


## CERTIFICATION

A copy of the foregoing was mailed first class mail, postage prepaid, on August 2, 2005 to:

Barbara Brazzel-Massaro, Esq.    Elliot Spector, Esq.
Associate City Attorney          Noble, Spector, Young & O'Connor
Office of the City Attorney      One Congress Street
Bridgeport City Hall Annex       Hartford CT 06114
999 Broad St.
Bridgeport, CT 06604

Diane Polan, Esq.
129 Church Street
New Haven CT 06510


_____
WILLIAM B. BARNES, ESQ.