UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, a minor, ppa, | : : : | DOCKET NO. 03-CV-1055 (AVC) |
| Plaintiffs, | : | |
| v. | : | |
| JASON ALTERIO, a Bridgeport police officer, in his individual capacity; JORGE LARREGUI, a Bridgeport police officer, in his individual capacity; and the CITY OF BRIDGEPORT, a municipal corporation, | : : : : : : | |
| Defendants. | : : | AUGUST 2, 2005 |

**<u>AFFIDAVIT</u>**

Now Comes SHEILA K. ROSENSTEIN, who having first been duly sworn, does hereby depose and say:

1.  I am over the age of 18 years and understand the obligation of an oath.

2.  I make this affidavit of my own personal knowledge.

3.  I am one of the counsel in this action.

4.  The plaintiffs have hired other counsel, Diane Polan, 129 Church Street, in New Haven.  The plaintiffs have told us that they do not want Rosenstein & Barnes to represent them any

more.  The entire file in this case has been delivered to Atty. Polan's office.

_____
SHEILA K. ROSENSTEIN

STATE OF CONNECTICUT           )
                               ) SS: TOWN of FAIRFIELD
COUNTY OF FAIRFIELD            )

    Personally appeared SHEILA K. ROSENSTEIN, personally known or duly proven, before me on August \_\_\_\_, 2005 and subscribed to the foregoing document, acknowledging the same to be her free act and deed, and swearing to the truth of the same before me.

_____
Diane Lally
NOTARY PUBLIC
(my commission expires: 12/31/08)

**CERTIFICATION**

    A copy of the foregoing was mailed first class mail, postage prepaid, on August 2, 2005 to:

| | |
|---|---|
| Barbara Brazzel-Massaro, Esq. | Elliott Spector |
| Associate City Attorney | Noble, Spector, Young & |
| Office of the City Attorney |    O'Connor |
| Bridgeport City Hall Annex | One Congress Street |
| 999 Broad St. | Hartford CT 06114 |
| Bridgeport, CT 06604 | |

_____
SHEILA K. ROSENSTEIN, ESQ.