

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, a minor, ppa, | : DOCKET NO. <br> : <br> : 03-CV-1055 (AVC) |
| Plaintiffs, | : |
| v. | : |
| JASON ALTERIO, a Bridgeport police officer, in his individual capacity; JORGE LARREGUI, a Bridgeport police officer, in his individual capacity; and the CITY OF BRIDGEPORT, a municipal corporation, | : <br> : <br> : <br> : |
| Defendants. | : |
| | : August 2, 2005 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The undersigned respectfully move for leave to withdraw as counsel for the reasons stated in the accompanying affidavits.

August 12, 2005.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.