UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DELORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA, *Plaintiffs*, | : : : | CRIMINAL ACTION NUMBER 3:03cv01055(AVC) |
| v. | : : : | |
| JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT *Defendants* | : : : | AUGUST 30, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Undersigned counsel for the plaintiffs, DIANE POLAN, respectfully moves this Court for permission to withdraw her Appearance on behalf of the plaintiffs, DELORES, RAFAEL AND MELANIE FONSECA. In support of this Motion, counsel for the plaintiffs represents as follows:

1. This is a civil rights action that was filed on or about June 13, 2003.

2. At that time, the plaintiffs were represented by Attorney William B. Barnes and his partner, Attorney Sheila Rosenstein of the law firm of Rosentstein and Barnes LLC.

3. On or about April, 2005, undersigned counsel was contacted by Attorney Barnes, who asked her to consider assuming representation of the plaintiffs in this action because Attorney Barnes was ill and could no longer continue working on the case.

4. Undersigned counsel met with Attorney Barnes and with plaintiffs Delores and Raphael Fonseca in mid June, 2005 and agreed to take over the plaintiffs' representation. (Melanie Fonseca is their minor child.)

5. During that meeting, counsel discussed the terms of her representation of the plaintiffs but no formal Retainer Agreement was signed at that time.

6. On or about June 22, 2005, undersigned counsel filed her appearance on behalf of all plaintiffs.

7. Counsel filed her Appearance at that time because Attorney Barnes was in the process of closing up his practice because of his illness and because there were pressing scheduling matters in this case that required the immediate attention of counsel.

8. On or about July 27, 2005, undersigned counsel filed a Motion to Modify the Scheduling Order. She also noticed depositions of the named defendants for September 8, 2005, in an effort to finish the necessary discovery. Undersigned counsel took these actions based on her belief that she and the plaintiffs had informally agreed to the terms of her representation.

9. Shortly thereafter, undersigned counsel sent a proposed written Retainer Agreement to the plaintiffs. Plaintiffs responded that the terms of the Retainer Agreement were *unacceptable* to them.

10. Thereafter, with the assistance of Attorney Barnes, counsel attempted to negotiate a modified Retainer Agreement with the plaintiffs.

11. In mid-August, counsel sent a revised Retainer Agreement to the plaintiffs.

12. Last week, plaintiffs indicated in an e-mail message to undersigned counsel that the revised Retainer Agreement was *unacceptable* to them and that they intended to seek other counsel.

13. Undersigned counsel now seeks permission to withdraw her Appearance because she and the plaintiffs have been unable to agree on the terms of representation.

14. Undersigned counsel has served a copy of this motion on the adult plaintiffs, DELORES AND RAFAEL FONSECA.

15. There is good cause for granting this Motion to Withdraw.

16. No trial date has been set in this case.

BY: *[signature]*

THE PLAINTIFFS,
DELORES FONSECA, RAFAEL FONSECA
AND MELANIE FONSECA

DIANE POLAN
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
polanlaw@yahoo.com
Telephone: 203-865-5000
Facsimile: 203-865-2177
Federal Bar No. ct00223
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 30th day of August, 2005, to the following counsel and parties of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Street, Fourth Floor
Hartford, CT 06114

**VIA CERTIFIED MAIL, RETURN RECIEPT REQUESTED AND FIRST CLASS MAIL**
Ms. Delores Fonseca
Mr. Rafael Fonseca
347 Alpine Street
Bridgeport, CT 06610

*[signature]*
DIANE POLAN

4