69

FILED
2005 SEP -1 A 11: 51

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DISTRICT COURT
FORD, CT.

| | |
|---|---|
| DELORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA,<br>*Plaintiffs*, | CRIMINAL ACTION NUMBER<br>3:03cv01055(AVC) |
| v. | |
| JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT<br>*Defendants* | AUGUST 30, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel for the plaintiffs, DIANE POLAN, respectfully moves this Court for permission to withdraw her Appearance on behalf of the plaintiffs, DELORES, RAFAEL AND MELANIE FONSECA. In support of this Motion, counsel for the plaintiffs represents as follows:

1. This is a civil rights action that was filed on or about June 13, 2003.

2. At that time, the plaintiffs were represented by Attorney William B. Barnes and his partner, Attorney Sheila Rosenstein of the law firm of Rosentstein and Barnes LLC.

3. On or about April, 2005, undersigned counsel was contacted by Attorney Barnes, who asked her to consider assuming representation of the plaintiffs in this action because Attorney Barnes was ill and could no longer continue working on the case.

[Sidebar, left margin, handwritten:] September 2, 2005. The motion is denied without prejudice to its refiling in accordance with Local Rule 7(e). SO ORDERED. Alfred V. Covello, U.S.D.J.

[Stamp:] 2005 SEP -2 A 11: 19  DISTRICT COURT  FORD, CT.

1