UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, minor, ppa | : : : | NO.: 3:03-cv-01055 (AVC) |
| *Plaintiffs,* | : : | |
| vs. | : : | |
| JASON ALTERIO, a Bridgeport police officer, in his individual capacity; JORGE LARREGUI, a Bridgeport police Officer, in his individual capacity; and the CITY OF BRIDGEPORT, a municipal corporation | : : : : : : | |
| *Defendants.* | : | NOVEMBER 8, 2005 |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56(b), the defendant, Bridgeport Police Officer, Jason Alterio, hereby respectfully moves this Court for the entry of Summary Judgment in his favor on the issues in this case related to the claim of false arrest, malicious prosecution, false imprisonment and discrimination based on the following grounds:

1. Probable cause existed to arrest the Plaintiff.

2. Officer Jason Alterio is entitled to qualified immunity.

Attached in support of this motion are Defendant's Memorandum of Law, Local Rule 56(a)

1

Statement, and the following exhibits:

1)  Deposition transcript of plaintiff, Dolores Fonseca, dated March 11, 2004. Exhibit A.

2)  Bridgeport Police Department Incident Report dated August 10, 2002. Exhibit B.

3)  Excerpts of transcript of testimony of Officer Alterio at pretrial motions dated May 27, 2003, Exhibit C.

4)  Excerpts of transcript of testimony of Officer Lauregui at pretrial motions dated May 27, 2003, Exhibit D.

5)  Excerpts of Bridgeport Police Department Internal Affairs interview of Plaintiff, Dolores Fonseca, dated May 14, 2003. Exhibit E.

6)  Connecticut General Statute Section 46b-38b. Exhibit F.

7)  Excerpts of criminal hearing transcript regarding plaintiff's motion to dismiss, Exhibit G.

8)  Excerpts of criminal hearing transcript regarding plaintiff's motion for judgment of acquittal, Exhibit H.

9)  Excerpts of criminal hearing transcript regarding plaintiff's motion for directed verdict of not guilty, Exhibit I.

10) Excerpts of Plaintiff, Dolores Fonseca's criminal trial testimony, dated May 28, 2003, Exhibit J.

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

**WHEREFORE**, for the reasons more fully set forth in the accompanying memorandum of law, statement of undisputed facts, affidavits and supporting documents, defendant, Bridgeport Police Officer Jason Alterio, respectively moves this Court for summary judgment on plaintiff's complaint, because probable cause existed to arrest the plaintiff and Officer Alterio's actions were objectively reasonable.

        DEFENDANT:    JASON ALTERIO

BY:_____
    Elliot B. Spector
    Federal Bar #ct05278
    Noble, Spector, Young & O'Connor, P.C.
    One Congress Street
    Hartford, CT  06114
    860-525-9975
    860-525-9985
    spector@nsyolaw.com

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 8th day of November, 2005:

Diane Polan, Esq.
129 Church St.
Suite 802
New Haven, CT 06510

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad St., 2nd Fl.
Bridgeport, CT 06604-4328

_____
Elliot B. Spector

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985