UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, minor, ppa : *Plaintiffs,* : vs. : : JASON ALTERIO, a Bridgeport police officer, in his individual capacity; : JORGE LARREGUI, a Bridgeport police Officer, in his individual capacity; : and the CITY OF BRIDGEPORT, a municipal corporation : *Defendants.* : | NO.: 3:03-cv-01055 (AVC) NOVEMBER 8, 2005 |

## LOCAL RULE 56(a) STATEMENT

The defendant asserts that the following material facts are not in dispute:

1. On the evening of August 10, 2003, the Plaintiff, Dolores Fonseca, called the Bridgeport Police Department's "911" emergency line and told dispatchers she had a problem with "domestic violence" at her home at 347 Alpine Street. ***Exhibit A, pp. 236-241 and Exhibit B.***

2. Officers Jason Alterio and Jorge Larregui of the Bridgeport Police Department were dispatched to the plaintiff's home in response to the "911" call for domestic violence. ***Exhibit B; Exhibit E pp. 1, 2, 31 and 32.***

3. Connecticut law requires police officers to investigate allegations of domestic violence, make mandatory arrests, and check for injuries. ***Exhibit F.***

1

*4.* While at the home, Officer Alterio attempted to shine his flashlight at Dolores Fonseca. Fonseca hit his arm and/or flashlight away. Alterio told her not to do that again, yet Fonseca hit him again anyway. Fonseca admitted to hitting Alterio's arm and/or flashlight at least twice, including once after being told not to touch it. ***Exhibit A, pp. 274-275, 282-284 and 370; Exhibit B; Exhibit C, pp. 10-12; Exhibit D, p. 33, 38-40 and Exhibit J.***

5. Officer Alterio then attempted to arrest and handcuff Dolores Fonseca. Plaintiff Fonseca resisted attempts to be handcuffed and admitted to "struggling" with Officer Alterio. ***Exhibit B; Exhibit C, p. 10-13; Exhibit D, p. 38-41 and Exhibit J.***

6. Dolores Fonseca was issued a misdemeanor summons for Disorderly Conduct and Interfering with a Police Officer. ***Plaintiff's Complaint, p. 12, para. 70 and Exhibit E, pp.31-32.***

7. Dolores Fonseca was not taken to jail. ***Exhibit E, p. 32.***

8. Dolores Fonseca was not fingerprinted or photographed or booked at the police station. ***Exhibit E, p. 32.***

9. A trial was held before Judge Moore in the Judicial District of Fairfield at Bridgeport during late May 2003. ***Exhibits G, H and I.***

10. At trial, Fonseca made four attempts to get the case "thrown out" for lack of probable cause and insufficient evidence to try and convict Fonseca. The court denied all four of these attempts. ***Exhibits G, H and I.***

2

11. Specifically, on May 27, 2003, the Court denied plaintiff's Motion to Dismiss the charges for lack of probable cause. **_Exhibit G, pp. 60-73._**

12. On May 28, 2003, at the close of the State's case, the plaintiff moved for a Motion for Judgment of Acquittal, but the court denied this request finding enough evidence for the jury to convict. **_Exhibit H, pp. 10 and 14-24._**

13. On May 29, 2003, at the end of the defense's case, the plaintiff argued a second Motion for Judgment of Acquittal for the same reasons. **_Exhibit I, p.50._**

14. Finally, on May 29, 2003, the Court denied plaintiff's motion for a Directed Verdict of Not Guilty, holding that a jury could convict Fonseca by the demanding standard of proof beyond a reasonable doubt. **_Exhibit I._**

          DEFENDANT:    JASON ALTERIO

BY: _____
Elliot B. Spector
Federal Bar #ct05278
Noble, Spector, Young & O'Connor, P.C.
One Congress Street
Hartford, CT 06114
860-525-9975
860-525-9985
spector@nsyolaw.com

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 8th day of November, 2005:

Diane Polan, Esq.
129 Church St.
Suite 802
New Haven, CT 06510

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad St., 2nd Fl.
Bridgeport, CT 06604-4328

                                                    _____
                                                       Elliot B. Spector

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985