# EXHIBIT A

Case 3:03-cv-01055-AVC   Document 73-2   Filed 11/08/2005   Page 2 of 9

DOLORES FONSECA, ET AL vs.                Multi-Page™                DOLORES FONSECA
JASON ALTERIO, ET AL                                                 JANUARY 26, 2004

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

DOLORES FONSECA, ET AL,                   X
      Plaintiff(s)                       Civil Action No.
      -vs-                            X    3:03CV1055 (AVC)
JASON ALTERIO, ET AL,                          JANUARY 26, 2004
      Defendant(s)                    X

---

DEPOSITION OF DOLORES FONSECA

Session I

Pretrial deposition of Dolores Fonseca, taken in the above-entitled action on behalf of the defendant(s), before John J. Carreiro, a Notary Public and Shorthand Reporter, Lic. #169, pursuant to the Federal Rules of Civil Procedure, at the Bridgeport Law Department, 999 Broad Street, Bridgeport, Connecticut.

Page 2

2  A P P E A R A N C E S:

5  Representing the Plaintiff(s)
6  WILLIAM B. BARNES, ESQ.
   ROSENSTEIN & BARNES
7  1100 Kings Highway East
   Fairfield, CT 06824

10 Representing the Defendant(s)
   City of Bridgeport
11 Officer Jorge Larregui

12 BARBARA BRAZZEL-MASSARO, ESQ.
   ASSOCIATE CITY ATTORNEY
13 OFFICE OF THE CITY ATTORNEY
   999 Broad Street
14 Bridgeport, CT 06604

16 Representing the Defendant(s)
17 Officer Jason Alterio

18 JOHN J. KELLY, ESQ.
   CANTOR, FLOMAN, GROSS, KELLY &
19     SACRAMONE, P.C.
   378 Boston Post Road
20 Orange, CT 06477

Page 3

STIPULATIONS AS TO TAKING OF DEPOSITION

IT IS HEREBY STIPULATED AND AGREED by and between counsel representing the respective parties that each party reserves the right to make specific objections at the trial to each and every question asked and of the answers given thereto by the deponent, reserving the right to move to strike out where applicable, except as to such objections as are directed to the form of the question.

IT IS FURTHER STIPULATED AND AGREED by and between counsel representing the respective parties that proof of the authority of the Notary Public before whom this deposition is taken is waived.

IT IS FURTHER STIPULATED AND AGREED by and between counsel representing the respective parties that the reading and signing of the deposition by the deponent is reserved.

IT IS FURTHER STIPULATED AND AGREED by and between counsel representing the respective parties that all defects, if any, as to the notice of the taking of the deposition are waived.

Filing of the Notice of Deposition with the original transcript is waived.

Page 4

PRELIMINARY DISCUSSION

MR. BARNES: I have objections to your discovery request.

MS. MASSARO: What do you have objection to?

MR. BARNES: Pretty much everything except the wage records. Let's see. With regard to the cell phone records, she doesn't have them, but she will give them to you, if she can find them.

She will give you copies of her medical records, if you share in the expense of obtaining them from the providers. She will give you HIPAA compliant releases without that.

All of the photographs in our possession are on this CD, and here it is, but there is no representation that these will be used at trial. They are just the photographs we have.

And with regard to all clothing and tangible objects, there is an objection that it's vague and overbroad, but she will make the swimsuit, including the shorts that she was wearing, available to inspect, but we

Page 5

PRELIMINARY DISCUSSION

are not going to let it out of her possession. Oh, here's a copy.

MS. MASSARO: Did you file this already in the court?

MR. BARNES: No, I haven't filed it in the court yet.

MS. MASSARO: Are you done?

MR. BARNES: Yes.

MS. MASSARO: It creates a little difficulty, Bill, because this deposition has been scheduled three times now. I would have assumed if there were objections to Schedule A, which hasn't changed since the time this deposition was first scheduled, and I think we're talking about in October or November, we could have addressed that and then we could have had that taken care of by this time when we came for the deposition testimony. As a result of not getting objections until the time that the deposition was scheduled today I, number one, am not able to complete the deposition today; and, secondly, I don't know whether there is information in there that would be

Page 234

1         FONSECA - DIRECT - MASSARO
2    A  She became a problem. I don't know if it
3  was because of Annie, but she became a problem later
4  on.
5    Q  What about Kathy, was Kathy also a problem
6  at this time?
7    A  Kathy wasn't a problem to me. Kathy just
8  had a little too much to drink and just got sick.
9    Q  What about Carmen, was Carmen a problem?
10   A  Carmen wasn't a problem. She just sat there
11 and was a happy drunk. She didn't cause any
12 problems.
13   Q  Tell me what was happening that caused this
14 problem to escalate between you and Debbie.
15   A  She was having conversations with Carmen,
16 and whatever her language and the tone of her voice
17 was I didn't like it so I asked her to leave.
18   Q  When you asked her to leave, what did she
19 say in response?
20   A  She didn't want to leave.
21   Q  What happened next?
22   A  She said, "I'm staying." And I said, "You
23 can stay if you don't act this way. You need to calm
24 down and you need to be quiet because my daughter's
25 here." And she just insisted on becoming more and

Page 235

1         FONSECA - DIRECT - MASSARO
2  more boisterous, along with her conversation being
3  loud, boisterous, and saying bad words. My daughter
4  was there, and I didn't like it.
5    Q  Other than being loud and being boisterous
6  and saying words you didn't think were particularly
7  appropriate in front of your daughter, was she doing
8  anything else you thought was inappropriate?
9    A  She was just acting like a drunk.
10   Q  Was she being violent?
11   A  No.
12   Q  Was she causing any physical harm to you or
13 anybody else at that party?
14   A  No.
15   Q  Was she physically touching you?
16   A  No.
17   Q  Did she push you, shove you, or touch you in
18 any way?
19   A  No.
20   Q  Would you agree that she was not causing any
21 physical harm to you?
22   A  Right.
23   Q  And so that it wasn't that she was being
24 violent, you just didn't like the way she was
25 talking?

Page 236

1         FONSECA - DIRECT - MASSARO
2    A  I didn't want anything to escalate between
3  her and I. I wanted her just to leave. Before
4  things could have gotten out of control, I wanted her
5  to leave.
6    Q  It wasn't at that point she was violent?
7    A  No.
8    Q  When you made the decision to make a 911
9  call, what was it that caused you to call 911?
10       MR. BARNES: Objection to the form.
11       Asked and answered.
12       MS. MASSARO: I will withdraw it and
13       ask another question.
14   Q  Was there a specific act or language of
15 Debbie's that made you decide that you had to make a
16 911 call?
17   A  Yes. Debbie has a tendency to just be loud
18 and boisterous, and I didn't want to disturb my
19 neighbors.
20       My daughter was getting upset, and I think
21 that is what really did it, because my daughter was
22 getting very upset.
23   Q  What was your daughter doing that was
24 causing her to be upset at this point?
25   A  What was my daughter doing?

Page 237

1         FONSECA - DIRECT - MASSARO
2    Q  Yes, that made you think she was upset.
3    A  She was just saying, "What's wrong with
4  Auntie Debbie?
5    Q  Was she crying?
6    A  She was about to.
7    Q  What did you do with your daughter at that
8  point when she was becoming upset?
9    A  I told her to wait in the house in the
10 kitchen until I told Debbie to leave.
11   Q  You had some further discussions with
12 Debbie?
13   A  Yes.
14   Q  At some point you decided you were going to
15 call the police?
16   A  Right.
17   Q  Was this the first time you ever made a
18 911 call to the police?
19   A  Because of Debbie, yes.
20   Q  That wasn't my question. Was this the first
21 time you ever made a 911 call to the police?
22   A  Yes.
23   Q  So, you had never called for any police
24 assistance through 911 before this particular
25 instance?

Case 3:03-cv-01055-AVC   Document 73-2   Filed 11/08/2005   Page 5 of 9

DOLORES FONSECA, ET AL vs.              DOLORES FONSECA
JASON ALTERIO, ET AL                     JANUARY 26, 2004

Page 238

1        FONSECA - DIRECT - MASSARO
2    A   No. I called when we first moved into the
3    house.
4    Q   What was that for?
5    A   I had just come home from school. Ralph had
6    just became an officer, and I wasn't used to him not
7    being home in the evenings, and I thought somebody
8    was in the house because when I came home the door
9    was open. It wasn't anything at all. It was a
10   raccoon that went onto the back porch.
11   Q   And you called 911 to help you?
12   A   Yes.
13   Q   When you called 911 you knew you were
14   calling the Bridgeport Police for emergency
15   assistance at that point?
16   A   Yes.
17   Q   Before you decided to call 911, did you try
18   to call anybody in your family to get their help to
19   have Debbie leave?
20   A   No.
21   Q   Did you ask your Aunt Carmen or your
22   Uncle Ralph to help you to get Debbie to leave first?
23   A   No. Actually, Uncle Ralph wasn't there at
24   the time I placed the phone call. No, I didn't call
25   anybody else.

Page 239

1        FONSECA - DIRECT - MASSARO
2    Q   Did you try to call your sister, Annie
3    Ortiz, to come back to help you to convince Debbie to
4    leave your house?
5    A   No.
6    Q   Did you try and call any of your friends to
7    come over to help before you made the 911 call?
8    A   No.
9    Q   Would you agree that a call made to 911 is
10   for an emergency?
11   A   Yes.
12   Q   People who make that type of call to 911
13   usually need the police to come to help them
14   immediately?
15   A   Right.
16   Q   And so what you were doing was you were
17   asking for some immediate police assistance?
18   A   I needed immediate assistance. That's why I
19   called.
20   Q   And the immediate police assistance you
21   needed was because Debbie was loud, abusive, and
22   using language you didn't think was appropriate?
23   A   Yes, because who knows what would have
24   happened.
25   Q   When you made the call to 911 for

Page 240

1        FONSECA - DIRECT - MASSARO
2    assistance, what specifically did you ask them to
3    help you with?
4    A   I don't remember. I don't recall exactly
5    what I said to 911. Pretty much I wanted somebody
6    removed from my house.
7    Q   So, when you called 911 you told them you
8    wanted somebody removed from your house?
9    A   Yes.
10   Q   Did you tell them that it was your sister
11   Debbie?
12   A   I can't recall my exact words.
13   Q   Did you tell them it was somebody from your
14   family that you wanted removed from your house?
15   A   No. I just told them I needed some
16   assistance. I had somebody I wanted removed from my
17   house.
18   Q   Did you indicate that you were afraid for
19   your well-being if they didn't send somebody to your
20   house?
21   A   I could have. It's possible I could have
22   said that.
23   Q   Did you say anything to the people in the
24   911 system that you had been hurt in any way?
25   A   I don't recall if I did say that.

Page 241

1        FONSECA - DIRECT - MASSARO
2    Q   So, is it possible that you told them that
3    you needed assistance because you had injuries?
4        MR. BARNES: Objection to form. That's
5        not what she testified to.
6        MS. MASSARO: You can answer the
7        question.
8    A   Repeat it.
9        MS. MASSARO: Read the question,
10       please.
11       (The pending question was read by the
12       reporter.)
13   A   No, I didn't have any injuries.
14   Q   That wasn't my question. My question was
15   when you spoke to the people at 911 is it possible
16   that you told them that you needed assistance because
17   you had injuries?
18   A   I don't recall.
19   Q   Did you tell the people at 911 that there
20   was a violent situation at your house on that
21   evening?
22   A   I don't recall if I used the word violent,
23   but I told them there was a situation and that I
24   needed assistance.
25   Q   Did you tell them it was a situation that

Case 3:03-cv-01055-AVC   Document 73-2   Filed 11/08/2005   Page 6 of 9

DOLORES FONSECA, ET AL vs.                                    DOLORES FONSECA
JASON ALTERIO, ET AL            Multi-Page™              JANUARY 26, 2004

Page 242

1        FONSECA - DIRECT - MASSARO
2  there was violence or injuries or a possibility of
3  injuries involved?
4    A  I don't recall my exact words. I'm sorry,
5  but I don't.
6    Q  Could you have used the words that it is a
7  domestic problem?
8        MR. BARNES: Objection to form.
9        MS. MASSARO: Withdrawn.
10   Q  Did you use the words that it was a domestic
11 problem?
12   A  No. I don't recall that I did.
13   Q  Now, after you made the call to 911 for
14 police assistance what did you do next?
15   A  I told my sister, "I just called 911. This
16 is your opportunity to leave on your own before they
17 get here."
18   Q  When you made the call to 911, where were
19 you physically located in your house?
20   A  Outside in the back yard.
21   Q  Did you make the call from a cell phone in
22 the back yard?
23   A  No. A cordless phone.
24   Q  So, you used a telephone from your house, a
25 cordless phone to make the call?

Page 243

1        FONSECA - DIRECT - MASSARO
2    A  Yes.
3    Q  Who was there when you made the call to the
4  police at 911?
5    A  Debbie and Carmen.
6    Q  When you were making the call to 911, were
7  they able to hear what you said?
8    A  Yes.
9    Q  Were they speaking at all when you were
10 talking to the 911 operator?
11   A  I'm sorry?
12   Q  Were they trying to speak to you at the same
13 time that you were speaking to the 911 operator?
14   A  I don't recall that.
15   Q  I can't hear you.
16   A  I don't recall that.
17   Q  While you were talking to the 911 operator,
18 you were actually outside of your house; is that
19 correct?
20   A  Yes.
21   Q  And Melanie was inside?
22   A  She was right here between the kitchen and
23 the rear porch.
24   Q  Where was Kathy?
25   A  Kathy was inside the house.

Page 244

1        FONSECA - DIRECT - MASSARO
2    Q  Do you know where in the house Kathy was?
3    A  She was in my bedroom.
4    Q  That is in the master bedroom?
5    A  Yes.
6    Q  Now, there was a point, however, that Kathy
7  became sick?
8    A  Yes.
9    Q  When was that in reference to this 911 call?
10   A  That was way before the 911 call. She got
11 sick outside, and I brought her to the bathroom to
12 clean her up because she had thrown up outside. I
13 helped her wash up. And from the bathroom I brought
14 her to my bed where she could go to sleep.
15   Q  So, Kathy had not been well and had been
16 throwing up outside?
17   A  Yes.
18   Q  You cleaned her up and put her in your bed
19 in the house?
20   A  Yes.
21   Q  Did you see her at any other time before the
22 police officers came in after your 911 call, that is
23 Kathy? Did you talk to Kathy at any other time after
24 you made the 911 call to the police and before the
25 police officers came into your house?

Page 245

1        FONSECA - DIRECT - MASSARO
2        MR. BARNES: Before you said see. Now
3    you are saying talk to.
4        MS. MASSARO: I know. I changed it.
5        MR. BARNES: You can answer.
6    A  Repeat it, please.
7    Q  Did you talk to Kathy at any other time
8  after you had made the 911 call until the police
9  officers came into your house on that evening?
10   A  Yes.
11   Q  Tell me when it was that you talked to her.
12   A  I had talked to her while I was in the
13 bathroom, you know. And she was really a mess. I
14 actually was washing her up in the bathtub, and then
15 when I brought her into the bedroom I was telling
16 her, "Don't worry about anything. We all get sick
17 every now and then. Just go to sleep. Don't worry
18 about it. You're sleeping over my house tonight, and
19 I'll take care of you. Just try to go to sleep."
20   Q  When you were doing this and cleaning her up
21 in your house, where was Debbie?
22   A  Debbie was outside still by the pool area.
23   Q  For the most part, did Debbie stay outside
24 by the pool area?
25   A  Yes.

Case 3:03-cv-01055-AVC   Document 73-2   Filed 11/08/2005   Page 7 of 9

DOLORES FONSECA, ET AL vs.                    Multi-Page™                        DOLORES FONSECA
JASON ALTERIO, ET AL                                                              JANUARY 26, 2004

Page 274

FONSECA - DIRECT - MASSARO

2  A  No. I told Officer Alterio, "Why are you
3  doing this? Stop."
4  Q  So, you are sure, as you sit here today, you
5  said to Officer Alterio at least two times, "Why are
6  you doing this" followed by "stop?"?
7  A  Yeah.
8  Q  Now, before Officer Alterio came with the
9  flashlight, how far were you from the wall that is in
10 the hallway by the bathroom?
11 A  I was very close. A couple inches from the
12 wall.
13 Q  And if you took one step back would your
14 back be against the wall to the bathroom?
15 A  Yes.
16 Q  As Officer Alterio shined the flashlight,
17 did you step back to the wall?
18 A  Yes.
19 Q  As he came at you with the flashlight, did
20 you push that flashlight away from you?
21 A  Yes, I pushed the flashlight.
22 Q  How is it you pushed the flashlight away
23 from you?
24 A  I went like this.
25 Q  You are just indicating --

Page 275

FONSECA - DIRECT - MASSARO

2  A  With my right hand I pushed the flashlight
3  away from my breast area.
4  Q  So, you are indicating with your hand you
5  took your hand and touched the flashlight and pushed
6  it away to the side?
7  A  I pushed the flashlight to the side.
8  Q  After you did that, did Officer Alterio put
9  his flashlight back facing you, the light facing you?
10 A  Yes.
11 Q  And did you push the flashlight a second
12 time?
13 A  Yes, I did.
14 Q  And at any time between the first time you
15 pushed the flashlight away and the second time that
16 you pushed the flashlight away did Officer Alterio
17 tell you, "Don't do that"?
18 A  Yes.
19 Q  And even though he told you, "Don't do that"
20 you pushed the flashlight away a second time?
21 A  He said, "Don't do that." And I said, "Well
22 don't put your flashlight -- Don't do that to me."
23 Q  You said to him, "Don't do that to me"?
24 A  Yes. I said, "Don't do that to me."
25 Q  During all this time that Officer Alterio

Page 276

FONSECA - DIRECT - MASSARO

2  was shining the flashlight, okay, at you and you were
3  talking to him did Officer Larregui say anything?
4  A  When I pushed the flashlight, you know,
5  Jason did it again and Officer Larregui smirked at
6  Jason like it was funny.
7  Q  That's not what I asked you. My question
8  was did he say anything to you during this time?
9  A  No.
10 Q  So, he didn't utter one word; isn't that
11 true?
12 A  Right.
13 Q  When you pushed the flashlight away the
14 first time, did Officer Larregui step forward in any
15 way to do anything?
16 A  No.
17 Q  When you pushed the flashlight away a second
18 time, did Officer Larregui step forward to do
19 anything?
20 A  No.
21 Q  And your testimony was during this time he
22 was facing you but he was in the living room area; is
23 that correct?
24 A  Yes.
25 Q  So that when Officer Alterio was shining the

Page 277

FONSECA - DIRECT - MASSARO

2  flashlight at you, could you actually see
3  Officer Larregui behind him?
4  A  He was to the side. I could see him.
5  Q  When the flashlight was pointing at you,
6  the way the flashlight was pointing was it also
7  shining a light in your face?
8  A  No.
9  Q  So, there was no light in your face?
10 A  His flashlight, no.
11 Q  Now, just so the record is clear, at this
12 time can you tell me specifically what you were
13 wearing when the officers walked into the house?
14 A  I had my bathing suit on. I was barefoot.
15 And I think I had my shorts on.
16 Q  How was your hair done?
17 A  I had it pulled back.
18 Q  Pulled back how?
19 A  In a ponytail.
20 Q  Before they came in and you were with your
21 daughter in the room, did you go in to make any
22 change in your clothing?
23 A  No.
24 Q  And this flashlight that was pointed at you,
25 can you tell me what the size of the flashlight was

Case 3:03-cv-01055-AVC   Document 73-2   Filed 11/08/2005   Page 8 of 9

DOLORES FONSECA, ET AL vs.                    Multi-Page™                         DOLORES FONSECA
JASON ALTERIO, ET AL                                                               JANUARY 26, 2004

Page 282

1        FONSECA - DIRECT - MASSARO
2   at you?
3     A   Yes.
4     Q   And when he pointed it at you, did you tell
5   him, "Don't do that anymore"?
6     A   Yes, I did.
7     Q   The second time that you pushed that
8   flashlight away from him, did he tell you, "Don't do
9   that"?
10    A   He said, "Don't touch my flashlight."
11    Q   And did he say that more than once to you?
12    A   No.
13    Q   Did he say it only one time?
14    A   Yes.
15    Q   And after he told you, "Don't touch my
16  flashlight," did you touch it again?
17    A   No. I said, "Don't point it at my breasts.
18  Don't point it at me." And he did it again, and
19  that's when I pushed the flashlight.
20    Q   After he told you, "Don't touch the
21  flashlight," would it be fair to say that you touched
22  it again?
23    A   No.
24    Q   Did you push it again?
25    A   No.

Page 283

1        FONSECA - DIRECT - MASSARO
2     Q   What did you do?
3     A   I told him, "Don't touch my breasts."
4     Q   You told him --
5     A   I mean, "Don't flash the flashlight at my
6   breasts."
7     Q   What was it you did after he told you,
8   "Don't do that"? Did you do anything?
9     A   After he --
10    Q   After he told you, "Don't push the
11  flashlight."
12    A   He continued to shine the flashlight. And I
13  told him, "Don't do that." And then I pushed the
14  flashlight away from my breasts.
15    Q   When you pushed the flashlight away, you had
16  done that even though his instruction to you was,
17  "Don't touch the flashlight"?
18    A   Well, the reason that --
19    Q   I'm not asking the reason. Listen to my
20  question. You pushed his flashlight away even though
21  he had already said to you, "Don't do that"; isn't
22  that correct?
23    A   He was violating me so, yes, I did.
24    Q   Then the answer to my question is, just to
25  take this again, when he told you, "Don't do that"

Page 284

1        FONSECA - DIRECT - MASSARO
2   you still pushed the flashlight away?
3     A   After he violated me, yes.
4     Q   I don't want to know what your thoughts
5   were.
6     A   Those aren't my thoughts.
7     Q   You didn't say to him, "Officer Alterio, you
8   violated me"?
9     A   No.
10    Q   So, when he said to you, "Don't do that" and
11  he pointed the flashlight at you again you didn't say
12  anything to him; isn't that true? You just pushed
13  the flashlight away?
14    A   I was up against the wall, and I pushed the
15  flashlight because he had it shining on my breasts.
16    Q   You didn't say anything to him as you pushed
17  it away, you just pushed it away; isn't that true?
18    A   Yes, because he was violating me.
19    Q   You didn't say to him, "Officer Alterio, you
20  are violating me" as you pushed it away, did you?
21    A   I didn't tell him he was violating me.
22    Q   Did you feel self-conscious about being out
23  there with two police officers and having only a
24  bathing suit top and shorts on?
25    A   No.

Page 285

1        FONSECA - DIRECT - MASSARO
2     Q   When you were driving your car to Indian
3   Wells Park and you were driving back, did you feel
4   self-conscious about having only a bathing suit top
5   on and a pair of shorts?
6     A   No. It was very hot outside.
7     Q   When the officers walked into your house,
8   you didn't feel any need to put a shirt on or a
9   cover-up on over the bathing suit before you talked
10  to them, did you?
11    A   I felt I had an appropriate bathing suit on
12  and pair of shorts on.
13    Q   When you say you had an appropriate bathing
14  suit on, there was no part of your body showing that
15  you felt was inappropriate at that point, was there?
16    A   Inappropriate? No.
17    Q   When the flashlight was shining on you,
18  whether it be shining on your breasts or your neck or
19  shining wherever on your body, there was no part of
20  your body that was showing that was inappropriate at
21  that time, was there?
22    A   No.
23    Q   And after you pushed the flashlight away the
24  second time what happened then? What happened after
25  you pushed the flashlight away the second time? What

Case 3:03-cv-01055-AVC   Document 73-2   Filed 11/08/2005   Page 9 of 9

DOLORES FONSECA, ET AL vs.   Multi-Page™   DOLORES FONSECA - SESSION II
JASON ALTERIOR, ET AL   MARCH 11, 2004

Page 367

1        FONSECA - DIRECT - MASSARO
2   Officer Alterio?
3   A   I don't remember.
4   Q   Well, when you went to hit the flashlight,
5   was it on the same side as your right hand? Was the
6   flashlight right there?
7   A   Yes.
8   Q   Just as I am facing you face to face as
9   we're sitting here, was that the way that you were
10  facing Officer Alterio when he was pointing the
11  flashlight?
12  A   Yes.
13  Q   When you used your right hand to push it
14  away, okay, and Officer Alterio had the light out, do
15  you recall if you hit him across his body or did you
16  hit the right or left hand?
17       MS. MASSARO: Maybe that's a poor
18       question.
19       MR. BARNES: Object to the form.
20       MS. MASSARO: Let me withdraw the
21       question.
22  Q   When you took your right hand to push the
23  flashlight away, can you tell me which hand
24  Officer Alterio had out?
25  A   Which hand?

Page 368

1        FONSECA - DIRECT - MASSARO
2   Q   Which hand he had out with the flashlight.
3   A   I don't know. I don't remember. You may
4   have to go back to that question because I think I'm
5   not understanding it.
6   Q   It's all right. I'll ask it again. When
7   Officer Alterio had the flashlight pointed towards
8   you he had it in one hand. Would that be correct?
9   A   Right.
10  Q   Was the other hand free, if you know?
11  A   I would have to say yes.
12  Q   Did you see the other hand free?
13  A   I can't recall at this second.
14  Q   Do you recall if he was holding anything in
15  his other hand?
16  A   Not that I recall.
17  Q   Now, when you pushed the flashlight away,
18  did Officer Alterio pick the flashlight back up to
19  the same position?
20  A   When I pushed the flashlight away from my
21  breasts is the point when Officer Larregui smirked,
22  and that's when Jason said, "Oh, yeah? Oh, yeah?"
23  Q   Let me just go back. At that point when you
24  saw Officer Larregui smirk, had you already pushed
25  the flashlight away?

Page 369

1        FONSECA - DIRECT - MASSARO
2   A   Yes.
3   Q   Where was the light shining from the
4   flashlight at that point when you saw
5   Officer Larregui smirk?
6   A   One more time.
7   Q   When you saw Officer Larregui smirk, was the
8   flashlight pointing down or was it back up pointing
9   at your breasts?
10  A   Give me a minute. I'm sorry.
11  Q   It's all right.
12  A   I forgot what the question was. I'm so
13  sorry.
14       MS. MASSARO: Repeat the question for
15       her.
16       (The pending question was read by the
17       reporter.)
18  A   At that point everything was happening
19  really fast. When Larregui smirked Jason said, "Oh,
20  yeah? Oh, yeah?" and he hit me. Everything happened
21  fast. That's when he hit me with the flashlight.
22  Q   Now, during this time you were having a
23  conversation with Officer Alterio telling him, "Don't
24  do that" and pushing the flashlight away. And
25  Officer Larregui was there, and you were watching

Page 370

1        FONSECA - DIRECT - MASSARO
2   him; is that correct? You were watching both of
3   them, in other words?
4   A   Right.
5   Q   How many times did you push the flashlight
6   away?
7   A   I believe I pushed the flashlight away from
8   my breasts three times.
9   Q   Three times?
10  A   Three times.
11  Q   Let me ask you, did Officer Alterio say
12  anything to you after you pushed the flashlight away?
13  A   Yes.
14  Q   What did he say?
15  A   He said, "Don't touch my flashlight."
16  Q   And did you say anything to him in response
17  to that?
18  A   Yes.
19  Q   What did you say?
20  A   I said, "Don't shine it on my breasts."
21  Q   Did you say it just like that?
22       MR. BARNES: Objection to form.
23  Q   Did you use that exact terminology, the
24  exact terminology you just used here?
25  A   I don't recall exactly what I said.