# EXHIBIT B

# DEPARTMENT OF POLICE
## BRIDGEPORT, CONNECTICUT
### INCIDENT REPORT

☐ UNFOUNDED  ☐ ARREST  ☐ INACTIVE
☐ OPEN  ☐ CLOSED  ☐ CLEARED
☐ WARRANT ADVISED  ☐ APPROVED

| 1. INCIDENT NUMBER | 2. INVESTIGATIVE CASE NO. | 3. TYPE OF CRIME/INCIDENT | 4. CODE(S) |
|---|---|---|---|
| 020810-334 | | Interfering with an Officer | 3201, 2202, 2201 |

| 5. DISPATCHED | M 08 D 10 Y 02 T 0305 | TIME OF OCCURRENCE | M 08 D 10 Y 02 T 0225 | DISPATCHED TO: 347 Alpine Street |
| 6. ON SCENE | M 08 D 10 Y 02 T 0230 | | | |

| 9. LOCATION OF CRIME/INCIDENT | 10. TYPE OF PREMISES | 11. SECTOR | 12. REPT. AREA |
|---|---|---|---|
| 347 Alpine Street | Residential | Green | |

| 13. NO. OF VICT | 14. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 15. VICTIM'S COMPLETE ADDRESS | 16. HOME TELEPHONE |
|---|---|---|---|
| 1 | P.O. Alterio, Jason, L. | 300 Congress St. Bridgeport CT | (576-7707) |
| | | | 17. BUSINESS/SCHOOL TELEPHONE |

| 18. Age | 19. Date of Birth | 20. Race | 21. Sex | 22. SSN. | 23. Place of Employment/School Attending (Complete Address) |

| 24. Victim Injured ☐ Yes ☑ No | 25. Nature of Injury(s) | 26. Hospital | Admitted? ☐ Yes ☑ No | 27. Attending Physician |

28. Indicate with proper codes in boxes provided persons relationship to investigation - (V2) Victim #2 (W1) Witness #1, (W2) Witness #2, (R) Reporting Person, (D) Discoverer, (PK) Person Knowledgeable, (PC) Person Canvassed (Indicate also if appropriate) (NI) Not Interviewed, or (X) Provided no viable Information.

| 29. Individual's Name | 30. DOB / Age | 31. Address / Address Checked | 32. Telephone Numbers | |
|---|---|---|---|---|
| P.O. Larregui J. | — | 300 Congress St. Bridgeport | (576-7707) (BS) | PK |
| Lt. Shuck | — | 300 Congress St. | (576-7707) (BS) | PK |
| Capt. Gaudett | — | 300 Congress St. | (576-7707) (BS) | PK |
| Alicea, Debbie | 11/24/59 | 366 Dogwood Dr. Bpt (H) | (BS) | PK |
| Cotto, Carmen | 10/21/43 | 31 Essex St. Bpt (H) | (BS) | PK |

33. Indicate Who Can Identify Suspect

| 34. Suspect #1 (Name - Include Any AKA Info) | Suspect #2 (Name - Include Any AKA Info) | Suspect #3 (Name - Include Any AKA Info) |
|---|---|---|
| Fonseca, Dolores | Ortiz, Kathy | |
| 35. Suspect #1 May Be Located At | Suspect #2 May Be Located At | Suspect #3 May Be Located At |
| 347 Alpine St. Bpt | 104 Bamford Ave Oakville CT | |
| 36. Suspect #1 Description | Suspect #2 Description 1-860-274-0042 | Suspect #3 Description |
| Hsp. female 5'10" 120 lbs Brn hair Brn eyes SOC# 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 | | |
| 37. Arrested ☐ Yes ☐ No | Arrested ☐ Yes ☐ No | Arrested ☐ Yes ☐ No |

| 51. Point of Illegal Entry/Means of Attack | 52. Type of Instrument/Weapon (Describe) | 53. Loss Total | 54. Revd. Tot. |
|---|---|---|---|
| hands feet | hands feet | | |

55. Narrative: Summarize Details of Crime, Including Progression of Events, Names of Other Officers or Units Assisting on Scene. For any additional information which is an Extension of any of the above blocks. Indicate Block Number at left.

Dispatched to the above location on a report of a domestic with a drunk sister. Upon arrival I observed Officer Larregui in the house speaking to a Hispanic female. I asked the Hispanic female later identified as Fonseca, Dolores what happened. She stated that her sister was "a little out of

| 61. Reporting Officer(s) | CAD # | Sqd. | 62. Required Follow-up/Recommendations | Page 1 of 6 |
|---|---|---|---|---|
| P.O. Alterio J. | 700630 | | Prosecutor | |
| | | 63. Supervisor Review | Concur ☐ Yes ☐ No | |

# DEPARTMENT OF POLICE
## BRIDGEPORT, CONNECTICUT
### SUPPLEMENTAL REPORT



1. REPORT TYPE: (✓) NARRATIVE CONTINUATION  ( ) ADDITIONAL INFORMATION  ( ) INVESTIGATIVE PROGRESS  ( ) CLEAR UP/RECOVERED PROP

2. OFFENSE/INCIDENT: Interfering w/ Officer
3. LOCATION OF OFFENSE (House No. and Street): 347 Alpine St.
4. VICTIMS NAME (Last, First, Middle) (If Firm, Name): P.O. Alterio, Jason L.
5. DATE OF OCCURRENCE: 8/10/02
6. VICTIM'S ADDRESS: Same
7. INCIDENT NO: 020810-3
8. INVESTIGATIVE CASE NO.

BLOCK #

(later known as Alice Debb[i])

Control" and she stated her sister had been drinking thats "probably" why she is out of control." I asked her what she meant by "out of control" and she stated "she was making threats." I asked her as well as Officer Larregui asked her what type of threats. She stated "allegations" and at that time we asked her again what type of threats. She replied by stating "all I want is for you to escort her out of my house because she is out of control." "I don't want her arrested." I then stated "its not up to you whether she gets arrested." Once we get called we have to determine whether there is an arrest or not." "The state presses the charges not you or me." I then asked her if anybody was physically touching one another and she stated "no." I then told her "I have to check to see if you have any injuries." While all of this is taken place we were standing in the hall and the lighting was very low so I turned on my flashlight to see if she had any visible injuries. As soon as my beam of light came on her she became belligerent and slapped my arm and flashlight down towards the floor. I then stated to her "Don't do that again" "Don't touch me" "You are committing an assault on a Police Officer I don't want to have to arres[t]

9. REPORTING OFFICER: P.O. Alterio J.    CAD. NO.: 760
10. DATE REPORT PREPARED: 8/10/02    PAGE 2 OF 6
11. SUPERVISOR'S REVIEW: E. Correa    CAD. NO.: #602    (✓) CONCUR    RECOMMEND

# DEPARTMENT OF POLICE
# BRIDGEPORT, CONNECTICUT
## SUPPLEMENTAL REPORT

**1. REPORT TYPE:** (✓) NARRATIVE CONTINUATION   ( ) ADDITIONAL INFORMATION   ( ) INVESTIGATIVE PROGRESS   ( ) CLEAR UP/RECOVERED PRO

**2. OFFENSE / INCIDENT:** Interfering w/ Officer

**3. LOCATION OF OFFENSE:** 347 Alpine St.

**4. VICTIMS NAME:** P.O. Alterio, Jason, L.

**5. DATE OF OCCURRENCE:** 8/10/02

**6. VICTIM'S ADDRESS:** Same

**7. INCIDENT NO.:** 020810-

**BLOCK #**

you." She then states "you can't arrest me I know the law, you don't know who you are messing with." "You can't arrest me", "I want to see you try it" "Go ahead try it" I then began to put the beam of light from my flashlight on her body again and she knocked it down towards the floor again. At this time she stated "just try to arrest me" "you can't arrest me" as Officer Larresui was talking to her. I then went to place my handcuffs on her and she began to pull her arms away from me, stating "you can't arrest me." I got a hold of her arm and placed her up against the wall. She continued to resist and I was having a hard time placing my handcuffs on her. I eventually got my handcuffs on her wrists and as I did this she turns her head and states "look what you did you bastard you motherfucker" I then observed blood coming from her head. I then began to walk her out of the house. As soon as we got to the front door she turned and kicked me twice in my left leg and attempted to kick me again. It was at this time I spun her around and exited the home with her to my cruiser. As I am escorting her to my cruiser I immediately called for an ambulance to look at her. I also immediately called for a supervisor because she

**9. REPORTING OFFICER:** P.O. Alterio, J.   **CAD. NO.** 760

**10. DATE REPORT PREPARED:** 8/10/02

**PAGE** 3 **OF** 6

**11. SUPERVISOR'S REVIEW:** Sgt E. Correa #602   (✓) CONCUR   RECOMMEND

# DEPARTMENT OF POLICE
## BRIDGEPORT, CONNECTICUT
## SUPPLEMENTAL REPORT

STATUS CHANGE

APPROVED

D.P. | I | II
UCR | III | IV
 | V | VI

1. REPORT TYPE: (✓) NARRATIVE CONTINUATION  ( ) ADDITIONAL INFORMATION  ( ) INVESTIGATIVE PROGRESS  ( ) CLEAR UP/RECOVERED PROPE

2. OFFENSE / INCIDENT: Interfering w/ Officer

3. LOCATION OF OFFENSE: 347 Alpine Street

4. VICTIM'S NAME: P.O. Alterio, Jason, L.

5. DATE OF OCCURRENCE: 8/10/02

6. VICTIM'S ADDRESS: Same

7. INCIDENT NO: 320810-33

8. INVESTIGATIVE CASE NO:

BLOCK #

was stating "My sister is Officer Annie Ortiz" (A Bridgeport Police Officer). She further stated "you are in big trouble, you don't know what you did you are in so much trouble." I then attempted to put her in my vehicle. She would not get into the vehicle. So I had to place her in there myself. Once getting into the car Officer Larregui stayed outside near the car as I went back inside to check and see if anyone was injured and to interview anyone else to see what had occurred. I first went into the bathroom and observed no one in there. I then went into a bedroom that was off to the right in the hallway. There I observed a Hispanic female in her late twenties early thirties laying down on a bed with a young girl approximately five years of age. They were asleep. I asked the female what happened she would not tell me. She had her hands underneath her pillow. I asked her to show me her hands. She took one out at a time. I stated again "Keep your hands where I can see them." She states "you saw them"! Her eyes were blood shot and glossy and appeared as if she were drinking or using narcotics prior to our arrival. I then asked the girl if she was O.K. and she replied "yes" but her eyes were red and watery as if s[he]

9. REPORTING OFFICER: P.O. Alterio, J.   CAD. NO. 760

10. DATE REPORT PREPARED: 8/10/02

PAGE 4 OF 6

11. SUPERVISOR'S REVIEW: Sgt. E. Correa  #602  (✓) CONCUR   RECOMMEND

# DEPARTMENT OF POLICE
# BRIDGEPORT, CONNECTICUT
## SUPPLEMENTAL REPORT

STATUS CHANGE
APPROVED

1. REPORT TYPE: (✓) NARRATIVE CONTINUATION  ( ) ADDITIONAL INFORMATION  ( ) INVESTIGATIVE PROGRESS  ( ) CLEAR UP/RECOVERED PROP
2. OFFENSE / INCIDENT: Interfering w/ Officer
3. LOCATION OF OFFENSE: 347 Alpine St.
4. VICTIMS NAME: P.O. Alterio, Jason, L
5. DATE OF OCCURRENCE: 8/10/02
6. VICTIM'S ADDRESS: Same
7. INCIDENT NO.: 020810-33
8. INVESTIGATIVE CASE NO.:

BLOCK #

was crying. I then exited the bedroom and went through the kitchen to the back door. Once in the backyard I observed two Hispanic females both blonde sitting down at a picnic table. I asked them what happened and why I was called there. Neither one of them would tell me what had occurred. I check both women for injuries and both were cooperative and I observed none. The one blonde later identified as Alica Debbie D.O.B. 11/24/59 Dolores' sister which I learned from Sgt. Correa. She stated to me Dolores got worried about Officer Annie Ortiz because Dolores felt Annie "could not handle herself". When I asked Debbie to explain what she meant she would not. After both women would not speak to me I left the backyard and went out to the front. There the medics were treating her for her injuries and Sgt. Correa shortly thereafter came on scene. Shortly thereafter his arrival both Lt. Shuck and Captain Gaudett arrived on scene. Dolores was screaming at me stating "you are a racist" "you are in big trouble." Her neighbors began to come out of their houses and stand on the sidewalk.

She was then transported to the hospital by AMR.

9. REPORTING OFFICER: P.O. Alterio J.    CAD. NO.: 760
10. DATE REPORT PREPARED: 8/10/02
PAGE 5 OF 6
11. SUPERVISOR'S REVIEW: Sgt. E. Correa Sr. #602   ( ) CONCUR   RECOMMEND

**DEPARTMENT OF POLICE**
**BRIDGEPORT, CONNECTICUT**

**SUPPLEMENTAL REPORT**

STATUS CHANGE
APPROVED

1. REPORT TYPE: (✓) NARRATIVE CONTINUATION  ( ) ADDITIONAL INFORMATION  ( ) INVESTIGATIVE PROGRESS  ( ) CLEAR UP/RECOVERED PRO
2. OFFENSE / INCIDENT: Interfering w/ Officer
3. LOCATION OF OFFENSE (House No. and Street): 347 Alpine Street
4. VICTIMS NAME: P.O. Alteno, Jason L.
5. DATE OF OCCURRENCE: 8/10/02
6. VICTIM'S ADDRESS: Same
7. INCIDENT NO: 028816-3
8. INVESTIGATIVE CA NO.

It should be noted that both Josie the blonde and Debbie both appeared intoxicated. Dolores had a smell of alcohol on her breath.

It should be further noted that Sgt. Correa told me the second blonde was Dolores' Aunt Cotto, Carmen D.O.B. 10/21/43. It should also be noted both all the women had returned from a family gathering at Indian Wells.

She was issued misdemeanor summons # MA753875 for disorderly conduct 53a-182, Interfering with an Officer 53a-167a. She is aware of her court date on 8/20/02 at 0900 Hours at 172 Golden Hill Street Bridgeport. She refused to sign the summons.

Sgt. Correa observed a laceration above her right eye and bruises on her arms and cuts on her face. He observed these injuries in the presence of medical personnel at the hospital.

Noted the child in the bedroom was later identified as Melanie Fonseca D.O.B. 9/23/92 and the adult was only known as "Kathy" a friend of Debbie's that was resting.

9. REPORTING OFFICER: P.O. Alteno, J.  CAD. NO. 760
10. DATE REPORT PREPARED: 8/10/02  PAGE 6 OF 6
11. SUPERVISOR'S REVIEW: Sgt E Correa #602  ( ) CONCUR  RECOMMEND