# EXHIBIT E

STATE OF CONNECTICUT)
COUNTY OF FAIRFIELD)          ss. _____



# Complainant Affidavit

I, ___Dolores Fonseca___ being duly sworn say:

1. I believe in the obligation of an oath;

2. I am __34__ years of age;

3. I was interviewed by a member of the ___Bridgeport Police Department, Office of Internal Affairs___ on ___Wed, Nov 20, 2002___ and knowingly and willingly allowed said interview to be tape recorded;

4. I have read and reviewed the typewritten transcript of the aforementioned interview which is __47__ page(s) in length and found the same to be a true and accurate account of said interview;

5. After reading and reviewing said transcript I did initial and date each page.

SIGNED: _Dolores Fonseca_   DATE: _5/14/03_

Subscribed and sworn to before me on this __14th__ day of __May__ __2003__

_____
Office of Internal Affairs   5-14-03

© 2003 NexGen Solutions LLC

## Interview of Dolores Fonseca

This is OIA case #02I-201 OIA tape #3434 this is the interview of Dolores Fonseca of 347 Alpine St. Bridgeport she's 34-years-old DOB 2/26/69 home telephone 331-8660 this interview is being conducted on Wednesday November 20, 2002 at 14:20 hours in the office of Internal Affairs this interview is being conducted by Capt. Leonard Samatulski and Lt. Robert Evans present during this interview are for the record.

Fonseca:
Rafael Fonseca, husband.
Fonseca:
Dolores Fonseca.
Barnes:
Attorney William Barnes.

The purpose for this interview is to determine the facts and circumstances regarding an incident, which took place on August 10, 2002 at 347 Alpine St. involving Officers Jason Alterio and Officer Jorge Larregui.

Evans:

Ms. Fonseca would you please tell me, in your own words, all the facts and circumstances regarding this incident? You can start with when you called the police. Did you call the police that night?

Fonseca:

I called made a call to 911. I was in my bedroom with my daughter putting her to sleep.

Evans:

About what time was that do you remember?

Fonseca:

I don't recall exactly what time it was.

Evans:

It was nighttime.

Fonseca:

It was in the evening late evening. I was laying down in the bed and I heard a creek a noise come through the floor and I didn't hear any knocking or anything like that. I heard



Pg. 1                                                                                                   klg

<u>Interview of Dolores Fonseca</u>

a creek like somebody was approaching my bedroom and I look up and I see Officer Larregui and I immediately got up and I said I'll be right there I'll be right there. My daughter's here I'll be right there I'll come out as I told my daughter to relax stay right here.

Evans:

And your daughter is how old?

Fonseca:

My daughter Melanie she's seven-years-old.

Evans:

Okay.

Fonseca:

I told her to stay right here and I told her to stay in the bedroom and I shut the door but I was I was walking out I could hear her opening the door and I look back and I could see her with a crack in the door. And Officer Larregui stepped back and I didn't have any I didn't tell him who I was I just said everything is okay everything is okay I just have a sister who needs to be removed. And Officer Larregui was very respectful to me.

Evans:

Okay. Why did you, you called the police to have your sister removed that was the purpose of calling the police?

Fonseca:

Yeah.

Evans:

All right. Why'd you want your sister removed? She doesn't live there, correct?

Pg. 2                                                                                                        klg

Interview of Dolores Fonseca

Samatulski:

I got some. I just want to.

Evans:

Okay. Once you got to the hospital did anybody did you talk to anybody there any other officers there besides the three officers you mentioned so far that would be Officer Larregui, Officer Alterio and Sgt. Correa any other officers speak to you?

Fonseca:

No. No. No. I don't remember any other officers talking to me.

Evans:

Okay and.

Fonseca:

I don't.

Evans:

What happened after you got released from the hospital did you go to booking or did they give you a summons or what happened?

Fonseca:

After I was released from the hospital?

Evans:

Yeah after you were treated at the hospital.

Fonseca:

My mother took me home.

Evans:

Your mother took you home. Okay. Do you have any questions?

Pg. 23                                                                                              klg

## Interview of Dolores Fonseca

Fonseca:

Yes.

Samatulski:

Do you know when approximately?

Fonseca:

I don't remember when I just remember at some point I was to the ground because they had to bring me outside they were trying to bring me outside they were trying.

Samatulski:

So you're saying they had to lift you.

Fonseca:

They were trying to drag me outside, yeah.

Samatulski:

Okay. Okay, you were treated at Bridgeport Hospital that evening.

Fonseca:

Yes.

Samatulski:

And your mother you said that your mother brought you home after you got out of the hospital.

Fonseca:

Yes.

Samatulski:

Okay. Therefore you were issued a misdemeanor summons, which is that little the little summons.



Pg. 31

klg

## Interview of Dolores Fonseca

Fonseca:

Yes.

Samatulski:

Okay and that's what you were charged that had your charges on it correct what they had charged you with?

Fonseca:

I don't remember.

Samatulski:

All right. Okay, just what I'm getting at is you did not go down to police headquarters and get fingerprinted and photographed and everything else?

Fonseca:

No.

Samatulski:

Okay. When you were sitting in the police car Larregui was talking to you Alterio is not there he went back into your house.

Fonseca:

Yes.

Samatulski:

Okay. He checked your house for anyone else who was there. At that point there was a party in one of the rooms of your house I guess well according to a report was a young girl.

Evans:

Person.

Pg. 32                                                                                          klg