# EXHIBIT J

```
NO. CR02 0181826 S              : SUPERIOR COURT

STATE OF CONNECTICUT            : J.D. OF FAIRFIELD

VS.                             : AT BRIDGEPORT

DOLORES FONSECA                 : MAY 28, 2003
```

### CERTIFICATION

I hereby certify that the above and foregoing is a true and correct transcript of the recorded notes of the proceedings at the hearing in the above-entitled cause, heard before HONORABLE SHERIDAN MOORE, Judge, in the Superior Court, Judicial District of Fairfield, Bridgeport, Connecticut, on the 28th day of May, 2003.

Dated this 2nd of June, 2003.

_Kathryn Kay_
Kathryn Kay
Court Monitor

1

1                  D O L O R E S   F O N S E C A,

2       347 Alpine Street, Bridgeport, Connecticut, having been first

3    duly sworn, testified upon her oath as follows:

4    DIRECT EXAMINATION BY MR. BARNES:

5       Q   Ms. Fonseca, would you tell the jury your educational

6    background?

7       A   I received my Associate's Degree from Housatonic

8    Community College, and I'm presently a full time student at

9    Southern Connecticut State University receiving my Bachelor's

10   next May.

11      Q   And what have you been studying?

12      A   I'm right now studying special education.

13      Q   I'd like to turn your attention back to August 10th,

14   2002, last year. Starting in the morning of that day, please

15   tell the jury what you did?

16      A   I'm sorry, I was moving. Can you please repeat that?

17          MR. BARNES: Your Honor, may I approach a little

18      closer?

19          THE COURT: Yes.

20          MR. BARNES: Thank you.

21      Q   Starting in the morning of August 10th, would you tell

22   the jury what you did?

23      A   Well, my daughter and I were planning and preparing to

24   attend a family function at the Indian Wells in Shelton.

25      Q   You say a family function; what kind of function?

26      A   My niece was having a get together with the family, a

27   picnic.

1   Q   Okay. Could you tell if he was looking at your breasts
2   or not?
3   A   I couldn't tell if he was looking at my breasts.
4   Q   Okay. But you could tell that Alterio was?
5   A   Oh, yes.
6   Q   Now, did you say or do anything when you saw Officer
7   Alterio looking at your breasts?
8   A   He had the flashlight towards my breasts, and I —
9   Q   Well, first, let me establish whether you said or did
10  anything, and then we can get into what he did.
11      When you saw that he had the flashlight there and was
12  looking at your breasts, did you say or do anything?
13  A   Well, I felt very scared at that moment. I felt
14  intimidated, I felt like all of a sudden I'm the victim after I
15  called 911, I felt scared, and the closer he came to me, I kept
16  pushing up against the wall because I didn't really have anywhere
17  else to go and I was just thinking to myself why is he doing this
18  to me.
19  Q   Did you say anything?
20  A   I said don't do that, and —
21  Q   Okay. And in what tone of voice did you say it?
22  A   I was very boisterous. I was — I said it in a very firm
23  and authoritative manner.
24  Q   You said don't do that?
25  A   Yes.
26  Q   Okay. And did you touch his flashlight?
27  A   Yes, I did.

1   Q   Okay.  How did you do that?
2   A   He had his flashlight up like this, and the first time I
3   said don't do that, and I pushed his flashlight away from me,
4   away from my breasts.
5   Q   Now, did you actually touch his arm or did you touch his
6   flashlight?
7   A   I touched the flashlight.
8   Q   Did you ever in the course of this whole incident touch
9   his arm to push his flashlight?
10  A   No.
11  Q   Now, what reaction was there when you said don't do that
12  and you pushed the flashlight?
13  A   When I touched his flashlight, Officer Larregui smirked
14  at Officer Alterio and he smirked as if it was a funny ha-ha that
15  I touched his flashlight and pushed it away.  And Officer Alterio
16  was upset and did it again.
17  Q   When you say smirked, was that just a facial expression
18  or was there a noise?
19  A   It was both.
20  Q   What kind of noise did he make?
21  A   Like as if he was smacking his teeth kind of noise.
22  Q   Okay.  And you said that Officer Alterio was upset.  How
23  could you tell he was upset?
24  A   By the way he looked at Larregui.
25  Q   He looked back at Larregui?
26  A   He looked at Larregui.  After Larregui smirked, he
27  looked at Larregui and then he did it again.

```
 1    Q    Okay.  Now, who pushed you through the front door or got
 2   you - got you out?  Was it Larregui or Alterio?
 3    A    I remember Alterio.
 4    Q    And how did he have a hold of you?
 5    A    He was dragging me from - he had me from my arm - my
 6   right arm, and I don't recall the second he had both arms, but I
 7   know very forcefully he had me by my right arm, my upper arm.
 8    Q    Did you ever break away from him, escape from him during
 9   this process?
10    A    No, I was - I was crying and very upset because of my
11   daughter, but no, I didn't try to go.
12    Q    Okay.  Did you ever try to break away from him?
13    A    No.
14    Q    Did you succeed in breaking his hold so that you could
15   turn around and face him?
16    A    Excuse me?
17    Q    Did you try to break from his hold and turn around and
18   face him?
19    A    No.
20    Q    Did you ever turn around and face him like that as he
21   was taking you out?
22    A    I was so upset, I was struggling.  I was just in shock,
23   and I was struggling because I couldn't believe that he was doing
24   this, because all of a sudden I became the victim and I just was
25   in shock because I could not believe that this - why this was
26   happening when I'm the one who called 911.
27    Q    Right.  But did you kick him deliberately?
```

May 28, 2003

```
NO.  CR02 0181826 S              : SUPERIOR COURT

STATE OF CONNECTICUT             : J.D. OF FAIRFIELD

VS.                              : AT BRIDGEPORT

DOLORES FONSECA                  : MAY 28, 2003
```

(DIRECT EXAMINATION OF DOLORES FONSECA)

BEFORE: HONORABLE SHERIDAN MOORE, JUDGE

APPEARANCES:

    NICHOLAS J. BOVE, JR., ESQ.
    Assistant State's Attorney

    WILLIAM BARNES, ESQ.
    Attorney for the Defendant

    KATHRYN KAY
    Court Monitor