FILED

2005 NOV 10  A 10: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, ET AL | : |
| Plaintiff, | : CIV. NO. 3:03CV1055 (AVC) |
| vs. | : |
| JASON ALTERIO, ET AL | : |
| Defendants | : NOVEMBER 8, 2005 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Connecticut Local Rule 9(c), the Defendants, City of Bridgeport and Jorge Larregui, move for Summary Judgment to enter in their favor as to the claims against the City of Bridgeport and Jorge Larregui in Counts 2 through 9 inclusive.

The Defendant, Larregui, contends that: (1) there is no genuine issue of fact regarding the federal allegation of a conspiracy by him to violate the Plaintiff's constitutional rights; (2) the Plaintiff's Monell count against the City of Bridgeport is speculative and without support that the City of Bridgeport Police Department engaged in any action which caused the alleged constitutional violations; and (3) the Plaintiff's State law claims are not supported by the evidence or law as to the Defendants.

BMF05141

1

The Defendants have submitted a Memorandum of Law with attached exhibits in support of this Motion.

THE DEFENDANTS
JORGE LARREGUI
THE CITY OF BRIDGEPORT

By: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 8th day of November, 2005, to:

Dolores Fonseca
347 Alpine Street
Bridgeport, CT 06610

Elliot Spector, Esq.
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT 06114

_____
Barbara Brazzel-Massaro

FILED

2005 NOV 10 A 10: 24

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DOLORES FONSECA, ET AL** | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1055 (AVC) |
| vs. | : | |
| **JASON ALTERIO, ET AL** | : | |
| Defendants | : | NOVEMBER 8, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**MOTION FOR SUMMARY JUDGEMENT
MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
DEFENDANTS' LARREGUI AND CITY 56(a) STATEMENT**

This document has not been filed electronically because:
- [x] the document cannot be converted to an electronic format
- [ ] the electronic file size of the document exceeds 1.5 megabytes
- [ ] the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- [ ] Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS
JORGE LARREGUI
THE CITY OF BRIDGEPORT

By: /s/ Barbara Brazzel-Massaro
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF05141

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 8th day of November, 2005, to:

Dolores Fonseca
347 Alpine Street
Bridgeport, CT 06610

Elliot Spector, Esq.
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT 06114

/s/ Barbara Brazzel-Massaro
Barbara Brazzel-Massaro

BMF05141

2