UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA,<br>*Plaintiffs*, | CRIMINAL ACTION NUMBER<br><br>3:03cv01055(AVC) |
| v. | |
| JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT<br>*Defendants* | DECEMBER 5, 2005 |

### PLAINTIFF'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

The plaintiffs, DOLORES, RAFAEL AND MELANIE FONSECA, move this Court to grant them an extension of time up to and including **January 9, 2006** to respond to the motions for summary judgment filed by all defendants in this case.

In support of this Motion, counsel for the plaintiffs represent as follows:

1. Defendant Jason Alterio filed a Motion for Summary Judgment and supporting documentation on or about November 8, 2005.

2. Defendant Alterio's moving papers were not received by plaintiffs' counsel until on or about November 15, 2005.

3. Defendants Larrequi and the City of Bridgeport also filed Motions for Summary Judgment on or about November 10, 2005.

1

4. However, counsel for defendants Larregui and the City of Bridgeport certified those defendants' moving papers to plaintiff Dolores Fonseca rather than to plaintiffs' undersigned counsel.

5. As a result, plaintiffs' undersigned counsel did not receive defendant Larregui's and City of Bridgeport's moving papers until on or about November 21, 2005.

6. Undersigned counsel for the plaintiff has been involved in a civil trial since November 1, 2005. That trial is still ongoing at this time in the New Haven Superior Court, in the matter of Snyder vs. Cedar, Docket No. CV01-0454296 S,

7. Because of the upcoming holidays and a planned family vacation to Florida during that time, undersigned counsel for the plaintiff is requesting an extension of time, up to and including January 9, 2006, to respond to all defendants' Motions for Summary Judgment.

8. Counsel for the defendants, Elliot Spector, Esquire and Attorney Barbara Brazzel-Massaro, have no objection to the requested extension of time.

9. This is the first request for extension of time in connection with the pending motions for summary judgment.

10. There is good cause for granting this request.

2

11. No trial date has been set as of this time.

                                THE PLAINTIFFS,
                                DOLORES FONSECA, RAFAEL FONSECA
                                AND MELANIE FONSECA

BY: _____
       DIANE POLAN
       Law Offices of Attorney Diane Polan, LLC
       129 Church Street, Suite 802
       New Haven, CT 06510
       polanlaw@yahoo.com
       Telephone: 203-865-5000
       Facsimile: 203-865-2177
       Federal Bar No. ct00223
       Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via electronic mail, this 5th day of December, 2005, to the following counsel and parties of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328
E-mail: brazzb0@ci.bridgeport.ct.us

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Street, Fourth Floor
Hartford, CT 06114
E-mail: spector@nsyolaw.com

_____
DIANE POLAN