UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA,<br>*Plaintiffs*, | : CRIMINAL ACTION NUMBER<br>:<br>: 3:03cv01055(AVC)<br>: |
| v. | : |
| JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT<br>*Defendants* | :<br>:<br>: DECEMBER 5, 2005 |

## PLAINTIFF'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

The plaintiffs, DOLORES, RAFAEL AND MELANIE FONSECA, move this Court to grant them an extension of time up to and including **January 9, 2006** to respond to the motions for summary judgment filed by all defendants in this case.

In support of this Motion, counsel for the plaintiffs represent as follows:

1. Defendant Jason Alterio filed a Motion for Summary Judgment and supporting documentation on or about November 8, 2005.

2. Defendant Alterio's moving papers were not received by plaintiffs' counsel until on or about November 15, 2005.

3. Defendants Larrequi and the City of Bridgeport also filed Motions for Summary Judgment on or about November 10, 2005.

December 7, 2005.   GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

1