UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA, <br> *Plaintiffs*, | : <br> : <br> : | CRIMINAL ACTION NUMBER <br><br> 3:03cv01055(AVC) |
| v. | : <br> : <br> : | |
| JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT <br> *Defendants* | : <br> : <br> : | JANUARY 9, 2005 |

### PLAINTIFFS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiffs, DOLORES, RAFAEL AND MELANIE FONSECA, move this Court to grant them a four-day extension of time up to and including **January 13, 2006** to respond to the motions for summary judgment filed by all defendants in this case.

In support of this Motion, counsel for the plaintiffs represent as follows:

1. Defendant Jason Alterio filed a Motion for Summary Judgment and supporting documentation on or about November 8, 2005.

2. Defendant Alterio's moving papers were not received by plaintiffs' counsel until on or about November 15, 2005.

3. Defendants Larrequi and the City of Bridgeport also filed Motions for Summary Judgment on or about November 10, 2005.

1

4. However, counsel for defendants Larregui and the City of Bridgeport certified those defendants' moving papers to plaintiff Dolores Fonseca rather than to plaintiffs' undersigned counsel.

5. On or about December 5, 2005, plaintiffs' counsel requested an extension of time up to and including January 9, 2006, to respond to defendants' Motion for Summary Judgment.

6. That Motion was granted, upon consent, on or about December 7, 2005.

7. Plaintiffs' counsel has almost completed the response but needs several days to finish their Memorandum of Law and Rule 56a(2) statement.

8. Counsel for the defendants, Elliot Spector, Esquire and Attorney Barbara Brazzel-Massaro, have no objection to the requested extension of time.

9. This is the second request for extension of time in connection with the pending motions for summary judgment.

10. There is good cause for granting this request.

11. No trial date has been set as of this time.

                       THE PLAINTIFFS,
                       DOLORES FONSECA, RAFAEL FONSECA
                       AND MELANIE FONSECA

BY: _____
                       DIANE POLAN
                       Law Offices of Attorney Diane Polan, LLC
                       129 Church Street, Suite 802
                       New Haven, CT 06510
                       polanlaw@yahoo.com
                       Telephone: 203-865-5000
                       Facsimile: 203-865-2177
                       Federal Bar No. ct00223
                       Their Attorney

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent via electronic mail, this 9th day of January, 2006, to the following counsel and parties of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328
E-mail: brazzb0@ci.bridgeport.ct.us

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Street, Fourth Floor
Hartford, CT 06114
E-mail: spector@nsyolaw.com

_____
DIANE POLAN

3