

FILED
2006 JAN 11 A 10: 56
U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA,<br>*Plaintiffs*, | CRIMINAL ACTION NUMBER<br>3:03cv01055(AVC) |
| v. | |
| JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT<br>*Defendants* | JANUARY 9, 2005 |

### PLAINTIFFS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiffs, DOLORES, RAFAEL AND MELANIE FONSECA, move this Court to grant them a four-day extension of time up to and including **January 13, 2006** to respond to the motions for summary judgment filed by all defendants in this case.

In support of this Motion, counsel for the plaintiffs represent as follows:

1. Defendant Jason Alterio filed a Motion for Summary Judgment and supporting documentation on or about November 8, 2005.

2. Defendant Alterio's moving papers were not received by plaintiffs' counsel until on or about November 15, 2005.

3. Defendants Larrequi and the City of Bridgeport also filed Motions for Summary Judgment on or about November 10, 2005.

*[Stamp, left margin: GRANTED. Alfred V. Covello, U.S.D.J. January 12, 2006. SO ORDERED.]*

*[Stamp: FILED 2006 JAN 12 P 1:03 U.S. DISTRICT COURT HARTFORD, CT.]*

1