UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA,<br>*Plaintiffs*, | CRIMINAL ACTION NUMBER<br><br>3:03cv01055(AVC) |
| v. | |
| JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT<br>*Defendants* | JANUARY 13, 2006 |

**PLAINTIFFS' NOTICE OF MANUAL FILING**

Please take notice that the Plaintiffs have manually filed the following document:

PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT and PLAINTIFFS' EXHIBITS.

This document has not been filed electronically because:

☐  the document cannot be converted to an electronic format

☒  the electronic file size of the document exceeds 1.5 megabytes

☐  the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or

Local Rule of Criminal Procedure 57(b)

☐  Defendant is excused from filing this document by Court order.

1

The document has been manually served on all parties.

                THE PLAINTIFFS,
                DOLORES FONSECA, RAFAEL FONSECA
                AND MELANIE FONSECA

BY: _____
      DIANE POLAN
      Law Offices of Attorney Diane Polan, LLC
      129 Church Street, Suite 802
      New Haven, CT 06510
      diane.polan@snet.net
      Telephone: 203-865-5000
      Facsimile: 203-865-2177
      Federal Bar No. ct00223
      Their Attorney

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid,, this 13th day of January, 2006, to the following counsel and parties of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328
E-mail: brazzb0@ci.bridgeport.ct.us

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Street, Fourth Floor
Hartford, CT 06114
E-mail: spector@nsyolaw.com

_____
DIANE POLAN

2