UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA,<br>*Plaintiffs,*<br><br>v.<br><br>JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT<br>*Defendants* | CRIMINAL ACTION NUMBER<br><br>3:03cv01055(AVC)<br><br><br><br><br><br>JANUARY 13, 2006 |

## PLAINTIFFS' LIST OF EXHIBITS

1. Bridgeport Police Department Final Resolution Report IA
2. Memo to Wilbur Chapman from Sgt. Whalen, 12/31/03
3. Letter to Mrs. Dolores Fonseca from Wilbur Chapman, undated
4. Use of Force Reports (2000)
5. Use of Force Reports (2001)
6. Use of Force Reports (2002)
7. Use of Force Reports (2003)
8. Complaint History - Alterio (2002)
9. Sgt. Correa Memo, 8/15/02
10. Lt. Gearing Memo, 8/18/02
11. Memo to Samatulski from Alterio, 7/26/01
12. Excerpts from Deposition of Karen Krascicky, 8/13/03

1

13. Floor Plan of Fonseca Home

14. Larrequi Internal Affairs Interview, 2/12/03

15. Excerpts From Transcript of Trial, State vs. Dolores Fonseca, 5/27/03

16. Internal Affairs Interview With Jorge Larrequi, 11/3/03

17. Internal Affairs with Jason Alterio, 7/24/03

18. Excerpts From Deposition of Dolores Fonseca, 1/26/04

19. Excerpts from Deposition of Dolores Fonseca, 3/11/04

20. Excerpts From Trial Testimony of Dolores Fonseca in State v. Fonseca, 5/28/03

21. Excerpts From Deposition of Eddie Correa, 8/12/03

22. Internal Affairs Interview of Eddie Correa, 10/30/03

23. Internal Affairs Interview of Natasha Flores, 8/27/02

24. Bridgeport Police Department Handcuffing Policy

25. Bridgeport Police Department Use of Force Policy

26. Bridgeport Police Department Training Materials on Non-Actor Liability

27. Police Code of Conduct

28. Bridgeport Police Department Disciplinary Report (1990 - August, 2003)

29. Alterio Memo to Capt. Gaudett, 8/11/02

THE PLAINTIFFS,
DOLORES FONSECA, RAFAEL FONSECA
AND MELANIE FONSECA

BY: _____
DIANE POLAN
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
diane.polan@snet.net
Telephone: 203-865-5000
Facsimile: 203-865-2177
Federal Bar No. ct00223
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid,, this 13th day of January, 2006, to the following counsel and parties of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328
E-mail: brazzb0@ci.bridgeport.ct.us

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Street, Fourth Floor
Hartford, CT 06114
E-mail: spector@nsyolaw.com

_____
DIANE POLAN

3