UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, RAFAEL FONSECA, AND MELANIE FONSECA,<br>*Plaintiffs*, | : <br> : <br> : <br> : | CRIMINAL ACTION NUMBER <br><br> 3:03cv01055(AVC) |
| v. | : <br> : <br> : | |
| JASON ALTERIO, JORGE LARREGUI, AND THE CITY OF BRIDGEPORT<br>*Defendants* | : <br> : <br> : | JANUARY 13, 2006 |

### PLAINTIFFS' LOCAL RULE 56(a)2 STATEMENT IN RESPONSE TO DEFENDANT ALTERIO'S 56(a)1STATEMENT

1. Admitted.

2. Admitted.

3. Denied.

4. Admitted.

5. Admitted.

6. Admiitted.

7. Admitted.

8. Admitted.

9. Admitted, except denied that trial was completed in May, 2003.

1

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted only to the extent that the Court denied defendant's Motion for Directed verdict on May 29, 2003.

>    THE PLAINTIFFS,
>    DOLORES FONSECA, RAFAEL FONSECA
>    AND MELANIE FONSECA
>
>    BY: _____
>    DIANE POLAN
>    Law Offices of Attorney Diane Polan, LLC
>    129 Church Street, Suite 802
>    New Haven, CT 06510
>    polanlaw@yahoo.com
>    Telephone: 203-865-5000
>    Facsimile: 203-865-2177
>    Federal Bar No. ct00223
>    Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid,, this 13th day of January, 2006, to the following counsel and parties of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328
E-mail: brazzb0@ci.bridgeport.ct.us

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Street, Fourth Floor
Hartford, CT 06114
E-mail: spector@nsyolaw.com

DIANE POLAN