UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, RAFAEL FONSECA, : <br> AND MELANIE FONSECA, : <br>     *Plaintiffs*, : <br> : <br> v. : <br> : <br> JASON ALTERIO, JORGE LARREGUI, : <br> AND THE CITY OF BRIDGEPORT : <br>     *Defendants* : | CRIMINAL ACTION NUMBER <br><br> 3:03cv01055(AVC) <br><br><br><br><br><br> JANUARY 13, 2006 |

**PLAINTIFFS' LOCAL RULE 56(a)2 STATEMENT
IN RESPONSE TO DEFENDANTS CITY OF BRIDGEPORT
AND LARREGUI'S RULE 56(a)1 STATEMENT**

1.    Admitted.

2.    Admitted.

3.    Admitted.

4.    Admitted.

5.    Admitted.

6.    Denied.

6.(sic) Admitted that Alterio arrived while Larregui was talking to Mrs. Fonseca. Denied that Alterio asked Larregui what happened. The plaintiff is unable to admit or deny whether Alterio asked Mrs. Fonseca what had happened.

7.    Admitted.

8.    Admitted.

1

9. Admitted.

10. Admitted.

11. Plaintiff is unable to admit or deny.

12. Admitted.

13. Admitted, except denied that Alterio could not see her face and did not see that she was injured.

14. Plaintiff is unable to admit or deny because Melanie Fonseca, who was 7 years old when the incident took place and only 8 or 9 years old when Defendant deposed her, was unable to remember and/or verbalize much about the incident.

15. Plaintiff is unable to admit or deny because Melanie Fonseca, who was 7 years old when the incident took place and only 8 or 9 years old when Defendant deposed her, was unable to remember and/or verbalize much about the incident.

16. Plaintiff is unable to admit or deny because Melanie Fonseca, who was 7 years old when the incident took place and only 8 or 9 years old when Defendant deposed her, was unable to remember and/or verbalize much about the incident.

17. Plaintiff is unable to admit or deny because Melanie Fonseca, who was 7 years old when the incident took place and only 8 or 9 years old when Defendant deposed her, was unable to remember and/or verbalize much about the incident.

18. Admitted.

19. Admitted.

20. Plaintiff is unable to admit or deny.

21. Admitted to extent that prosecutor objected to dismissal of criminal case, that criminal case was tried before a jury, that trial court denied motion for judgment of acquittal and that jury acquitted Dolores Fonseca of all charges.

THE PLAINTIFFS,
DOLORES FONSECA, RAFAEL FONSECA
AND MELANIE FONSECA

BY: _____
DIANE POLAN
Law Offices of Attorney Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
polanlaw@yahoo.com
Telephone: 203-865-5000
Facsimile: 203-865-2177
Federal Bar No. ct00223
Their Attorney

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 13th day of January, 2006, to the following counsel and parties of record:

Attorney Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328
E-mail: brazzb0@ci.bridgeport.ct.us

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Street, Fourth Floor
Hartford, CT 06114
E-mail: spector@nsyolaw.com

_____
DIANE POLAN