

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DOLORES FONSECA, ET AL** : | |
| Plaintiffs, : | CIV NO. 3:03CV1055 (AVC) |
| vs. : | |
| **JASON ALTERIO, ET AL** : | |
| Defendants : | JANUARY 23, 2006 |

### MOTION FOR EXTENSION OF TIME TO RESPOND
### TO PLAINTIFFS' REPLY TO SUMMARY JUDGMENT

Pursuant to Local Rule 7(b)(2), the Defendants request an extension of time to reply to the Plaintiffs' Response to Summary Judgment dated January 13, 2006.

Counsel for the Defendants request this extension because she intends to file affidavits addressing the documents that Plaintiffs attached to the reply and, despite efforts to complete, counsel has been unable to finalize and submit the response because the individuals have not been available to complete the affidavits..

In accordance with Rule 7(b)(3), counsel for the Plaintiff and co-Defendant were contacted to determine their position. Attorney Polan indicated there is no objection, and counsel for co-Defendant was not available and a message was left. He has not contacted counsel regarding his position.

January 25, 2006. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

BMF06009

1