UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, ET AL : | |
| Plaintiffs, : | CIV. NO. 3:03CV1055 (AVC) |
| vs. : | |
| JASON ALTERIO, ET AL : | |
| Defendants : | FEBRUARY 3, 2006 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' REPLY TO SUMMARY JUDGMENT

Pursuant to Local Rule 7(b)(2), the Defendants request an extension of time to reply to the Plaintiffs' Response to Summary Judgment dated January 13, 2006.

Counsel for the Defendants requests this extension because she has had an unexpected death in the immediate family.

In accordance with Rule 7(b)(3), counsel for the Plaintiff and co-Defendant were contacted to determine their position. Attorney Polan has indicated there is no objection, and Attorney Spector, counsel for co-Defendant, was not available and a message was left. He has not contacted counsel regarding his position.

The Defendants request an extension until February 9, 2006.

This is the Defendants' second request for an extension to reply.

BMF06013

1

THE DEFENDANTS
JORGE LARREGUI
THE CITY OF BRIDGEPORT

By: /s/ Barbara B. [signature]
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the "Motion for Extension of Time to Respond to Plaintiffs' Reply to Summary Judgment" has been mailed, postage prepaid, on this 3rd day of February, 2006, to:

Diane Polan, Esq.
129 Church Street, Suite 802
New Haven, CT 06510

Elliot Spector, Esq.
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT 06114

/s/ Barbara B. [signature]
Barbara Brazzel-Massaro



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, ET AL | : |
| Plaintiffs, | : CIV. NO. 3:03CV1055 (AVC) |
| vs. | : |
| JASON ALTERIO, ET AL | : |
| Defendants | : FEBRUARY 3, 2006 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S REPLY TO SUMMARY JUDGMENT**

This document has not been filed electronically because:

☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

BMF06013

1

THE DEFENDANTS
JORGE LARREGUI
THE CITY OF BRIDGEPORT

BY: _____
Barbara Brazzel-Massaro
Assistant City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Tel: 203/576-7647
Fed. Bar #05746

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 3rd day of January, 2006, to:

Diane Polan, Esq.
129 Church Street, Suite 802
New Haven, CT 06510

Elliot Spector, Esq.
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT 06114

_____
Barbara Brazzel-Massaro

BMF06013                    2