FILED
2006 FEB -6 A II: 20
DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES FONSECA, ET AL | : | |
| Plaintiffs, | : | CIV. NO. 3:03CV1055 (AVC) |
| vs. | : | |
| JASON ALTERIO, ET AL | : | |
| Defendants | : | FEBRUARY 3, 2006 |

## MOTION FOR EXTENSION OF TIME TO RESPOND
## TO PLAINTIFFS' REPLY TO SUMMARY JUDGMENT

Pursuant to Local Rule 7(b)(2), the Defendants request an extension of time to reply to the Plaintiffs' Response to Summary Judgment dated January 13, 2006.

Counsel for the Defendants requests this extension because she has had an unexpected death in the immediate family.

In accordance with Rule 7(b)(3), counsel for the Plaintiff and co-Defendant were contacted to determine their position. Attorney Polan has indicated there is no objection, and Attorney Spector, counsel for co-Defendant, was not available and a message was left. He has not contacted counsel regarding his position.

The Defendants request an extension until February 9, 2006.

This is the Defendants' second request for an extension to reply.

February 6, 2006. GRANTED.
SO ORDERED.
/s/ Alfred V. Covello, U.S.D.J.

BMF06013

1