UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, ET AL : | |
| : | |
| Plaintiffs, : | CIV. NO. 3:03CV1055 (AVC) |
| vs. : | |
| : | |
| JASON ALTERIO, ET AL : | |
| : | |
| Defendants : | JULY 25, 2006 |

## MOTION TO EXEMPT

The Defendants in the above referenced matter, Jorge Larregui and the City of Bridgeport, do hereby request to be exempt from the requirement of filing electronically for the reasons set forth in the affidavit attached hereto as Exhibit "A."

THE DEFENDANTS
JORGE LARREGUI
THE CITY OF BRIDGEPORT

BY: /s/ Barbara B. Massaro
Barbara Brazzel-Massaro
Assistant City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No: (203) 576-7647
CT FED BAR NO: 05746

BMF06079

1

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion to Exempt" has been mailed, postage prepaid, this 25th day of July, 2006, to:

Diane Polan, Esq.
129 Church Street, Suite 802
New Haven, CT 06510

Elliot Spector, Esq.
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT 06114

_____
Barbara-Brazzel-Massaro

**EXHIBIT "A"**

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DOLORES FONSECA, ET AL** | : |
| **Plaintiffs,** | : CIV. NO. 3:03CV1055 (AVC) |
| vs. | : |
| **JASON ALTERIO, ET AL** | : |
| **Defendants** | : JULY 25, 2006 |

### AFFIDAVIT

1. I, Barbara Brazzel-Massaro, am over the age of 18 years old and believe in the obligation of an oath.

2. I am an attorney with the Office of the City Attorney for the City of Bridgeport located at 999 Broad Street, Bridgeport, Connecticut.

3. The Defendants in this matter are unable to file electronically for the reason that the documents in our system cannot be converted to an electronic format.

_____
Barbara Brazzel-Massaro

Sworn and subscribed before me this 25$^h$ day of July, 2006

_____
John H. Barton
Commissioner of the Superior Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES FONSECA, ET AL          :
                                :
            Plaintiffs,          :   CIV. NO. 3:03CV1055 (AVC)
vs.                             :
                                :
JASON ALTERIO, ET AL            :
                                :
            Defendants          :   JULY 25, 2006

## NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following document: **MOTION TO EXEMPT**

☒ This document has not been filed electronically because:
☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS
JORGE LARREGUI
THE CITY OF BRIDGEPORT

BY: _____
Barbara Brazzel-Massaro
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Tel: 203/576-7647/Fed. Bar #05746

BMF06079                          1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 25th day of July, 2006, to:

Diane Polan, Esq.
129 Church Street, Suite 802
New Haven, CT 06510

Elliot Spector, Esq.
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT 06114

Barbara Brazzel-Massaro

BMF06079                            2