UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES FONSECA, RAFAEL FONSECA and MELANIE FONSECA, minor, ppa<br>    *Plaintiffs*,<br>vs.<br><br>JASON ALTERIO, JORGE LARREGUI, AND CITY OF BRIDGEPORT,<br>    *Defendants*. | NO.: 3:03-cv-01055 (AVC)<br><br><br><br><br><br><br><br>AUGUST 15, 2006 |

**MOTION FOR RECONSIDERATION**

Defendant, Jason Alterio, respectfully requests the Court to reconsider its ruling dated July 28, 2006, denying Defendant Jason Alterio's Motion for Partial Summary Judgment concerning plaintiff's false arrest claim. In support of this motion, the defendant first asks the Court to apply its determination that the plaintiff failed to demonstrate a deprivation of liberty to the false arrest claim. Second, defendant Alterio requests that the Court consider developing case law supporting the Defendant's claim and the Second Circuit Court of Appeals opinion, that the issuance of a summons without significant restrictions does not implicate a Fourth Amendment violation. Finally, the Defendant asks the Court to consider undisputed facts which may have been overlooked, but which clearly indicate that the plaintiff did not suffer a deprivation of liberty. A totality of the above factors should be applied in the Court's consideration as to whether or not the mere issuance of a summons is sufficient to support plaintiff's Fourth Amendment claim.

3:03CV01055(AVC) October 31, 2006. Because the within motion for reconsideration was not "filed and served within ten (10) days of the filing of the decision. . . from which such relief is sought," D. Conn. L. Civ. R. 7(c), the motion is DENIED as untimely.
SO ORDERED.

Alfred V. Covello, U.S.D.J.