```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT

   Dolores Fonseca, et al       :
                                :
         Plaintiffs              :
                                :     CASE NO. 3:03cv1055(AVC)
   v.                           :
                                :
   Jason Alterio, et al          :
                                :
         Defendants.             :
```

### ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before January 30, 2007.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before January 30, 2007.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Hartford, Connecticut this      day of December, 2006.

```
                              _____
                                 Alfred V. Covello
                              United States District Judge
```